UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY
FELIX; BIANCA JONES; and ROSLYN
SEALE,                                                          Index No. 24 Civ. 4201
                Plaintiffs,

         v.                                                   **NOTICE OF APPEARANCE**

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
AMINA ALI; NDERIM DEMIROVIC; and
202 MARINE LLC,
                Defendants.
-----------------------------------------------------------------------X

       PLEASE TAKE NOTICE that Mariann Meier Wang of Cuti Hecker Wang LLP
hereby appears as counsel for Plaintiffs Fair Housing Justice Center, Inc., Patricia Delone-Felix;
Stanley Felix; Bianca Jones; and Roslyn Seale in the above-entitled action and requests that all
filings and correspondence be served as follows:

            Mariann Meier Wang
            Cuti Hecker Wang LLP
            305 Broadway, Suite 607
            New York, New York 10007
            212-620-2603 (telephone)
            212-620-2613 (fax)

            mwang@chwllp.com

Dated: June 13, 2024
     New York, New York

                         CUTI HECKER WANG LLP

                         By:   *Mariann Wang*

                          Mariann Meier Wang
                       305 Broadway, Suite 607
                       New York, New York 10007
                       212-620-2603
                       *Attorney for Plaintiff*

To:     All Counsel of Record by ECF

1