AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Fair Housing Justice Center, Inc., et al. | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 24-cv-4201 |
| Juda Niayzov et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Juda Niayzov
16 Duffield Dr.
Ocean, NJ 07712-8602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric Hecker
Cuti Hecker Wang LLP
305 Broadway, Suite 607
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
_CLERK OF COURT_

Date: 06/14/2024

s/ Jacki Plaisir
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-04201-ENV-VMS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Nderim Demirovic

was received by me on *(date)*   06/19/2024   .

☑ I personally served the summons on the individual at *(place)*   2732 East 65th Street, Brooklyn, New York

11234   on *(date)*   06/22/2024   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $   0.00   for travel and $   110.00   for services, for a total of $   110.00   .

I declare under penalty of perjury that this information is true.

Date:   06/24/2024

*Server's signature*

Juan de los Santos, New York Process Server No. 2067123
*Printed name and title*

54 Bristol Street, Suite 7F
Brooklyn, New York 11212
*Server's address*

Additional information regarding attempted service, etc:

On June 22, 2024 at 11:39 a.m., at 2732 East 65th Street, Brooklyn, New York 11234 (a private house), I served the within SUMMONS IN A CIVIL ACTION and COMPLAINT AND DEMAND FOR JURY TRIAL, in this matter, on Nderim Demirovic, defendant, by delivering true copies of the said SUMMONS IN A CIVIL ACTION and COMPLAINT AND DEMAND FOR JURY TRIAL to Nderim Demirovic, the named Defendant, in person.

Juan de los Santos
New York Process Server # 2067123
54 Bristol Street, Ste. 7F
Brooklyn, NY 11212

## RIDER

Defendants:

Juda Niayzov
16 Duffield Dr.
Ocean, NJ 07712-8602

Alevtina Ioffe
16 Duffield Dr.
Ocean, NJ 07712-8602

Exclusive Properties Realty, Inc.
2376 60th St.
Brooklyn, NY 11204

Amina Ali
581 West Caswell Ave.
Staten Island, NY 10314-1517

Nderim Demirovic
2732 E. 65th Street
Brooklyn, NY 11234

202 Marine LLC
9449 Ridge Blvd.
Brooklyn, NY 11209