UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY
FELIX; BIANCA JONES; and ROSLYN
SEALE

                    Plaintiffs,

          -against-

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.
AMINA ALI; NDERIM DEMIROVIC; and
202 MARINE LLC

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No.: 1:24-cv-04201

**STIPULATION**
**EXTENDING**
**TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED by, between, and among, on the one hand, the Plaintiffs, and on the other hand, Defendants Juda Niayzov, Alventina Ioffe, and Exclusive Properties Realty, Inc. (collectively, "Defendants") as follows:

1.    Defendants acknowledge that they each were validly served with process as of July 3, 2024;

2.    Defendants waive any and all defenses based on personal jurisdiction and/or venue;

3.    The time for Defendants to appear and answer, amend or supplement the answer as of course or to make any motion with relation to the summons or complaint in this action, be and the same hereby is, extended to and including **August 12, 2024.**

Dated: Astoria, New York
       July 8, 2024

| SACCO & FILLAS, LLP | CUTI HECKER WANG LLP |
|---|---|
| By: _Christopher P. DelCioppio_ <br> Christopher P. DelCioppio, Esq. | By: _____ |

| | |
|---|---|
| *Attorneys for Defendants Juda Niayzov Alevtina Ioffe and Exclusive Properties Realty* <br> 31-19 Newtown Avenue, Third Floor <br> Astoria, New York 11102 <br> (718) 269-2220 <br> cpdelcioppio@saccofillas.com | Eric Hecker, Esq. <br> *Attorneys for Plaintiffs* <br> 305 Broadway, Suite 607 <br> New York, New York 10007 <br> (212) 620-2604 <br> ehecker@chwllp.com |

2