AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

FAIR HOUSING JUSTICE CENTER ET AL. )
*Plaintiff* )
v. ) Case No.    24 CIV 4201
JUDA NIAYZOV ET AL. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JUDA NIAYZOV, ALEVTINA IOFFE, EXCLUSIVE PROPERTIES REALTY, INC.

Date:    07/08/2024

*Attorney's signature*

LUIGI BRANDIMARTE 4060729
*Printed name and bar number*

SACCO & FILLAS, LLP
31-19 NEWTOWN AVENUE, 7TH FLOOR
ASTORIA, NEW YORK 11102

*Address*

LBRANDIMARTE@SACCOFILLAS.COM
*E-mail address*

(718) 269-2201
*Telephone number*

(718) 732-2409
*FAX number*