AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| FAIR HOUSING JUSTICE CENTER ET AL. | ) |
| *Plaintiff* | ) |
| v. | ) |
| JUDA NIAYZOV ET AL. | ) |
| *Defendant* | ) |

Case No.    24 CIV 4201

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JUDA NIAYZOV, ALEVTINA IOFFE, EXCLUSIVE PROPERTIES REALTY INC.

Date:      07/03/2024

*Attorney's signature*

PATRICIA R. LYNCH- , 4994810  PL-8436
*Printed name and bar number*

SACCO & FILLAS, LLP
31-19 NEWTOWN AVENUE, 7TH FLOOR
ASTORIA, NEW YORK 11102

*Address*

PLYNCH@SACCOFILLAS.COM
*E-mail address*

(718) 269-2240
*Telephone number*

(718) 425-9752
*FAX number*