AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Eastern District of New York

| | |
|---|---|
| FAIR HOUSING JUSTICE CENTER ET AL. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    24 CIV 4201 |
| JUDA NIAYZOV ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JUDA NIAYZOV, ALEVTINA IOFFE, EXCLUSIVE PROPERTIES REALTY, INC.

Date:    07/03/2024

*Attorney's signature*

CHRISTOPHER P. DELCIOPPIO, 5812805
*Printed name and bar number*

SACCO & FILLAS, LLP
31-19 NEWTOWN AVENUE, 7TH FLOOR
ASTORIA, NEW YORK 11102

*Address*

CPDELCIOPPIO@SACCOFILLAS.COM
*E-mail address*

(718) 269-2220
*Telephone number*

(718) 425-9843
*FAX number*