UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY
FELIX; BIANCA JONES; and ROSLYN
SEALE,

                Plaintiff,                Case No: 1:24-cv-04201

      -against-                          NOTICE OF APPEARANCE

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.
AMINA ALI; NDERIM DEMIROVIC; and
202 MARINE LLC

                Defendant.
-------------------------------------------------------------------x

## APPEARANCE OF COUNSEL

To: The clerk of the Court and all parties of record.

I am admitted to practice in this Court, and I appear as counsel for:

202 Marine, LLC

                                            Respectfully submitted,

                                            Kevin C. Mallon, Esq.
                                            SEKAS LAW GROUP, LLC
                                            515 Madison Ave, Floor 6
                                            New York, NY 10022-5403
                                            212-695-7577
                                            kmallone@sekaslawgroup.com
                                            *Attorneys for the Plaintiff*

1