UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY
FELIX; BIANCA JONES; and ROSLYN
SEALE

                         Plaintiffs,

             -against-

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.
AMINA ALI; NDERIM DEMIROVIC; and
202 MARINE LLC

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

24-cv-04201

**STIPULATION**
**EXTENDING**
**TIME TO ANSWER**

 

\

\

IT IS HEREBY STIPULATED AND AGREED by, between, and among, on the one hand, the Plaintiffs, and on the other hand, Defendant 202 Marine LLC ("Defendant") as follows:

1.       Defendant acknowledges that it was validly served with process;

2.       Defendant waives any and all defenses based on personal jurisdiction and/or venue;

3.       The time for Defendant to appear and answer or to make any motion with relation to the summons or complaint in this action, be and the same hereby is, extended to and including **August 31, 2024.**

Dated:   August 2, 2024

| SEKAS LAW GROUP, LLC | CUTI HECKER WANG LLP |
|---|---|
| By: *Nicholas G. Sekas*<br>Nicholas G. Sekas, Esq.<br>*Attorneys for Defendant*<br>515 MADISON AVE FL 6<br>NEW YORK, NY 10022-5403<br>NSEKAS@SEKASLAW.COM | By:_____<br>Eric Hecker, Esq.<br>*Attorneys for Plaintiffs*<br>305 Broadway, Suite 607<br>New York, New York 10007<br>(212) 620-2604<br>ehecker@chwllp.com |

2