AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Fair Housing Justice Center, Inc., et al. <br><br><br><br> *Plaintiff(s)* <br> v. <br> Juda Niayzov et al. <br><br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 24-cv-4201 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   REMAX EDGE REALTY, LLC
1812 Bath Ave, Suite 2
Brooklyn, New York 11214

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric Hecker
Cuti Hecker Wang LLP
305 Broadway, Suite 607
New York, NY 10007

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 8/15/24

_____
*Signature of Clerk or Deputy Clerk*

**<u>RIDER</u>**

Defendants:

REMAX EDGE REALTY, LLC
1812 Bath Ave, Suite 2
Brooklyn, New York 11214

XIAN JIN ZHANG
1812 Bath Ave, Suite 2
Brooklyn, New York 11214