ATTORNEY(S) :
INDEX # : 1:24-cv-04201-ldh-sjb
PURCHASED/FILED :
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Fair Housing Justice Center, Inc., et al

Plaintiff(s)

against

Juda Niayzov, et al

Defendant(s)

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 70 Yrs. |
|---|---|---|
| COUNTY OF ALBANY )SS | | |
| CITY OF ALBANY ) | Weight: 120 Lbs. Height: 5' 0" Sex: Female Color of skin: White | |

Hair color: Blonde   Other: _____

**Robert Guyette**_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **August 22, 2024**_____ , at **2:20 PM** , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**AMENDED SUMMONS IN A CIVIL ACTION, SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

on
### Remax Edge Realty, LLC

the Defendant in this action, by delivering to and leaving with _____ **Sue Zouky** _____
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies   thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ $40 _____ dollars; That said service was made pursuant to Section   **LIMITED LIABILITY COMPANY LAW §303.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
22nd day of August, 2024

_____
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2027

_____
Robert Guyette
Invoice·Work Order # 2439663
Attorney File # **Fair Housing Justice**