AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

FAIR HOUSUBG JUSTIC CENTER, et. al., )
*Plaintiff* )
v. ) Case No.
JUDA NIAZOV, et al., )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NDERIM DEMIROVIC.

Date: 09/02/2024

*Attorney's signature*

Jeffrey Toback, 2011682
*Printed name and bar number*

48 Dalton Street
Long Beach, NY 11561
*Address*

jefftoback@gmail.com
*E-mail address*

(516) 644-1558
*Telephone number*

*FAX number*