UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY                          Index No. 24 Civ. 4201
FELIX; BIANCA JONES; and ROSLYN
SEALE,

                              Plaintiffs,                          **ANSWER**

   -against-

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN
JIN ZHANG; and REMAX EDGE REALTY, LLC,

                              Defendants.

-------------------------------------------------------------------X

     Defendants JUDA NIAYZOV; ALEVTINA IOFFE; EXCLUSIVE PROPERTIES

REALTY, INC.; ("Defendants"), by their attorneys of record, Sacco & Fillas, LLP, as and for their

Answer to Plaintiffs' Second Amended Complaint and Demand for Jury Trial (the "Complaint"),

respectfully allege, upon information and belief, as follows:

## INTRODUCTION

     1. Deny having knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations in paragraph "1" of the Complaint.

     2. Deny ever telling any of the Plaintiffs that any unit owners refused to rent to Black

tenants and deny having knowledge or information sufficient to form a belief as to the truth or

falsity of the remaining allegations in paragraph "2" of the Complaint.

     3. Deny having knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations in paragraph "3" of the Complaint.

     4. Deny the allegations in paragraph "4" of the Complaint.

     5. Deny the allegations in paragraph "5" of the Complaint.

6. Deny the allegations in paragraph "6" of the Complaint.

7. Deny the allegations in paragraph "7" of the Complaint.

## JURISDICTION AND VENUE

8. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "8" of the Complaint and refer all questions of law to the court.

9. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "9" of the Complaint and refer all questions of law to the court.

10. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "10" of the Complaint and refer all questions of law to the court.

## JURY DEMAND

11. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "10" of the Complaint and refer all questions of law to the court.

## PARTIES

12. Deny ever engaging in any discriminatory housing practices or holding any discriminatory policies and deny having knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph "12" of the Complaint.

13. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "13" of the Complaint.

14. Deny having knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations in paragraph "14" of the Complaint.

15. Deny ever treating Plaintiff Bianca Jones as less than her white counterparts and deny having knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph "15" of the Complaint.

16. Deny ever treating Plaintiff Roslyn Seale as less than her white counterparts and deny having knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph "16" of the Complaint.

17. Deny, as stated, the allegations in paragraph "17" of the Complaint.

18. Deny that Defendants engaged in any unlawful conduct, and deny, as stated, the remaining allegations in paragraph "18" of the Complaint.

19. Admit the allegations in paragraph "19" of the Complaint.

20. Deny, as stated, the allegations in paragraph "20" of the Complaint.

21. Deny, as stated, the allegations in paragraph "21" of the Complaint.

22. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "22" of the Complaint.

23. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "23" of the Complaint.

24. Deny, as stated, the allegations in paragraph "24" of the Complaint.

25. Deny, as stated, the allegations in paragraph "25" of the Complaint.

## FACTUAL ALLEGATIONS

### Discrimination Against Plaintiffs Delone-Felix and Felix

26. Admit the allegations in paragraph "26" of the Complaint.

27. Admit the allegations in paragraph "27" of the Complaint.

28. Deny, as stated, the allegations in paragraph "28" of the Complaint.

29. Admit the allegations in paragraph "29" of the Complaint.

30. Admit the allegations in paragraph "30" of the Complaint.

31. Admit the allegations in paragraph "31" of the Complaint.

32. Admit the allegations in paragraph "32" of the Complaint.

33. Admit the allegations in paragraph "33" of the Complaint.

34. Admit the allegations in paragraph "34" of the Complaint.

35. Admit the allegations in paragraph "35" of the Complaint.

36. Admit the allegations in paragraph "36" of the Complaint but clarifies that the Plaintiffs' race was irrelevant to Defendants.

37. Admit the allegations in paragraph "37" of the Complaint.

38. Admit the allegations in paragraph "38" of the Complaint.

39. Admit the allegations in paragraph "39" of the Complaint.

40. Admit the allegations in paragraph "40" of the Complaint.

41. Deny the allegations in paragraph "41" of the Complaint.

42. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "42" of the Complaint.

43. Deny the allegations in paragraph "43" of the Complaint.

44. Deny the allegations in paragraph "44" of the Complaint.

**FHJC Investigates Defendants**

45. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "45" of the Complaint.

46. Deny having knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations in paragraph "46" of the Complaint.

47. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "47" of the Complaint.

48. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "48" of the Complaint.

**The First Test**

49. Admit the allegations in paragraph "49" of the Complaint.

50. Admit the allegations in paragraph "50" of the Complaint.

51. Admit the allegations in paragraph "51" of the Complaint.

52. Admit the allegations in paragraph "52" of the Complaint.

53. Admit the allegations in paragraph "53" of the Complaint.

54. Admit the allegations in paragraph "54" of the Complaint.

55. Admit the allegations in paragraph "55" of the Complaint.

56. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "56" of the Complaint.

57. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "57" of the Complaint.

58. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "58" of the Complaint.

59. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "59" of the Complaint.

60. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "60" of the Complaint.

61. Admit the allegations in paragraph "61" of the Complaint.

62. Admit the allegations in paragraph "62" of the Complaint.

63. Admit the allegations in paragraph "63" of the Complaint.

64. Admit the allegations in paragraph "64" of the Complaint.

65. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "65" of the Complaint.

66. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "66" of the Complaint.

67. Admit the allegations in paragraph "67" of the Complaint.

68. Deny the allegations in paragraph "68" of the Complaint.

69. Admit the allegations in paragraph "69" of the Complaint.

70. Admit the allegations in paragraph "70" of the Complaint.

71. Admit the allegations in paragraph "71" of the Complaint.

72. Admit the allegations in paragraph "72" of the Complaint.

73. Admit the allegations in paragraph "73" of the Complaint.

74. Admit the allegations in paragraph "74" of the Complaint.

75. Admit the allegations in paragraph "75" of the Complaint.

76. Admit the allegations in paragraph "76" of the Complaint.

77. Admit the allegations in paragraph "77" of the Complaint.

78. Admit the allegations in paragraph "78" of the Complaint.

79. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "79" of the Complaint.

80. Deny having knowledge or information sufficient to form a belief as to the truth or

falsity of the allegations in paragraph "80" of the Complaint.

81. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "81" of the Complaint.

82. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "82" of the Complaint.

83. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "83" of the Complaint.

84. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "84" of the Complaint.

85. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "85" of the Complaint.

86. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "86" of the Complaint.

87. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "87" of the Complaint.

88. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "88" of the Complaint.

89. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "89" of the Complaint.

90. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "90" of the Complaint.

91. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "91" of the Complaint.

92. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "92" of the Complaint.

93. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "93" of the Complaint.

94. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "94" of the Complaint.

95. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "95" of the Complaint.

96. Deny the allegations in paragraph "96" of the Complaint.

97. Deny the allegations in paragraph "97" of the Complaint.

98. Deny, as stated, the allegations in paragraph "98" of the Complaint.

99. Deny the allegations in paragraph "99" of the Complaint.

**The Second Test**

100.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "100" of the Complaint.

101.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "101" of the Complaint.

102.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "102" of the Complaint.

103.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "103" of the Complaint.

104.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "104" of the Complaint.

105. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "105" of the Complaint.

106. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "106" of the Complaint.

107. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "107" of the Complaint.

108. Admit the allegations in paragraph "108" of the Complaint.

109. Admit the allegations in paragraph "109" of the Complaint.

110. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "110" of the Complaint.

111. Admit the allegations in paragraph "111" of the Complaint.

112. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "112" of the Complaint.

113. Admit the allegations in paragraph "113" of the Complaint.

114. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "114" of the Complaint.

115. Admit the allegations in paragraph "115" of the Complaint.

116. Deny the allegations in paragraph "116" of the Complaint.

117. Deny, as stated, the allegations in paragraph "117" of the Complaint.

118. Deny, as stated, the allegations in paragraph "118" of the Complaint.

119. Deny, as stated, the allegations in paragraph "119" of the Complaint.

120. Deny, as stated, the allegations in paragraph "120" of the Complaint.

121. Deny, as stated, the allegations in paragraph "121" of the Complaint.

122. Deny, as stated, the allegations in paragraph "122" of the Complaint.

123. Deny, as stated, the allegations in paragraph "123" of the Complaint.

124. Deny, as stated, the allegations in paragraph "124" of the Complaint.

125. Deny, as stated, the allegations in paragraph "125" of the Complaint.

126. Admit the allegations in paragraph "126" of the Complaint.

127. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "127" of the Complaint.

128. Admit the allegations in paragraph "128" of the Complaint.

129. Admit the allegations in paragraph "129" of the Complaint.

130. Admit the allegations in paragraph "130" of the Complaint.

131. Admit the allegations in paragraph "131" of the Complaint.

132. Admit the allegations in paragraph "132" of the Complaint.

133. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "133" of the Complaint.

134. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "134" of the Complaint.

135. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "135" of the Complaint.

136. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "136" of the Complaint.

137. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "137" of the Complaint.

138.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "138" of the Complaint.

139.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "139" of the Complaint.

140.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "140" of the Complaint.

141.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "141" of the Complaint.

142.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "142" of the Complaint.

143.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "143" of the Complaint.

144.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "144" of the Complaint.

145.    Admit the allegations in paragraph "145" of the Complaint.

146.    Admit the allegations in paragraph "146" of the Complaint.

147.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "147" of the Complaint.

148.    Admit the allegations in paragraph "148" of the Complaint.

149.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "149" of the Complaint.

150.    Admit the allegations in paragraph "150" of the Complaint.

151. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "151" of the Complaint.

152. Admit the allegations in paragraph "152" of the Complaint.

153. Admit the allegations in paragraph "153" of the Complaint but clarify that Defendant Niayzov arrived late because he was stuck in traffic caused by heavy rain that day.

154. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "154" of the Complaint.

155. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "155" of the Complaint.

156. Admit the allegations in paragraph "156" of the Complaint.

157. Deny, as stated, the allegations in paragraph "157" of the Complaint.

158. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "158" of the Complaint.

159. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "159" of the Complaint.

160. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "160" of the Complaint.

161. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "161" of the Complaint.

162. Deny the allegations in paragraph "162" of the Complaint.

163. Deny the allegations in paragraph "163" of the Complaint.

**The Harm Caused by Defendants' Discrimination**

164. Deny, as stated, the allegations in paragraph "164" of the Complaint.

165.    Deny, as stated, the allegations in paragraph "165" of the Complaint.

166.    Deny, as stated, the allegations in paragraph "166" of the Complaint.

167.    Deny, as stated, the allegations in paragraph "167" of the Complaint.

168.    Deny, as stated, the allegations in paragraph "168" of the Complaint.

169.    Deny the allegations in paragraph "169" of the Complaint.

170.    Deny the allegations in paragraph "170" of the Complaint.

171.    Deny the allegations in paragraph "171" of the Complaint.

172.    Deny, as stated, the allegations in paragraph "157" of the Complaint.

## FIRST CAUSE OF ACTION
### Violation of the Fair Housing Act, 42 U.S.C. § 3601 *et seq.*
### (By All Plaintiffs Against All Defendants)

173.    Defendants hereby repeat, reallege and incorporate herein by reference each and every one of the answers contained in the paragraphs above and denies the allegations contained in paragraph "173" of the Complaint.

174.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "174" of the Complaint and refers all questions of law to the court.

175.    Deny the allegations in paragraph "175" of the Complaint.

176.    Deny, as stated, the allegations in paragraph "176" of the Complaint.

177.    Deny the allegations in paragraph "177" of the Complaint.

178.    Deny the allegations in paragraph "178" of the Complaint.

179.    Deny, as stated, the allegations in paragraph "170" of the Complaint.

180.    Deny the allegations in paragraph "180" of the Complaint.

181.    Deny, as stated, the allegations in paragraph "170" of the Complaint.

182. Deny the allegations in paragraph "182" of the Complaint.

183. Deny the allegations in paragraph "183" of the Complaint.

184. Deny the allegations in paragraph "184" of the Complaint.

185. Deny the allegations in paragraph "185" of the Complaint.

186. Deny the allegations in paragraph "186" of the Complaint.

187. Deny the allegations in paragraph "187" of the Complaint.

188. Deny the allegations in paragraph "188" of the Complaint.

189. Deny the allegations in paragraph "189" of the Complaint.

190. Deny the allegations in paragraph "190" of the Complaint.

191. Deny the allegations in paragraph "191" of the Complaint and refer all questions of law to the court.

## SECOND CAUSE OF ACTION
### Violation of 42 U.S.C. §§ 1981 and 1982
### (By All Plaintiffs Delone-Felix, Felix, Jones, and Seale Against All Defendants)

192. Defendants hereby repeat, reallege and incorporate herein by reference each and every one of the answers contained in the paragraphs above and denies the allegations contained in paragraph "192" of the Complaint.

193. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "193" of the Complaint and refers all questions of law to the court.

194. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "194" of the Complaint and refers all questions of law to the court.

195. Deny the allegations in paragraph "195" of the Complaint.

196. Deny, as stated, the allegations in paragraph "196" of the Complaint.

197. Deny the allegations in paragraph "197" of the Complaint.

198. Deny the allegations in paragraph "198" of the Complaint.

199. Deny, as stated, the allegations in paragraph "199" of the Complaint.

200. Deny the allegations in paragraph "200" of the Complaint.

201. Deny, as stated, the allegations in paragraph "201" of the Complaint.

202. Deny the allegations in paragraph "202" of the Complaint.

203. Deny the allegations in paragraph "203" of the Complaint.

204. Deny the allegations in paragraph "204" of the Complaint.

205. Deny the allegations in paragraph "205" of the Complaint.

206. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "206" of the Complaint.

207. Deny the allegations in paragraph "207" of the Complaint.

208. Deny the allegations in paragraph "208" of the Complaint.

209. Deny the allegations in paragraph "209" of the Complaint.

210. Deny the allegations in paragraph "210" of the Complaint.

211. Deny the allegations in paragraph "211" of the Complaint.

212. Deny the allegations in paragraph "212" of the Complaint.

213. Deny the allegations in paragraph "213" of the Complaint.

214. Deny the allegations in paragraph "214" of the Complaint.

215. Deny the allegations in paragraph "215" of the Complaint.

216. Deny the allegations in paragraph "203" of the Complaint and refer all questions of law to the court.

## THIRD CAUSE OF ACTION
### Violation of N.Y. Exec. Law § 296(5)(a)(1)
### (By All Plaintiffs Against All Defendants)

217. Defendants hereby repeat, reallege and incorporate herein by reference each and every one of the answers contained in the paragraphs above and denies the allegations contained in paragraph "217" of the Complaint.

218. Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "218" of the Complaint and refers all questions of law to the court.

219. Deny the allegations in paragraph "219" of the Complaint.

220. Deny, as stated, the allegations in paragraph "220" of the Complaint.

221. Deny the allegations in paragraph "221" of the Complaint.

222. Deny the allegations in paragraph "222" of the Complaint.

223. Deny, as stated, the allegations in paragraph "223" of the Complaint.

224. Deny the allegations in paragraph "224" of the Complaint.

225. Deny, as stated, the allegations in paragraph "225" of the Complaint.

226. Deny the allegations in paragraph "226" of the Complaint.

227. Deny the allegations in paragraph "227" of the Complaint.

228. Deny the allegations in paragraph "228" of the Complaint.

229. Deny the allegations in paragraph "229" of the Complaint.

230. Deny the allegations in paragraph "230" of the Complaint.

231. Deny the allegations in paragraph "231" of the Complaint.

232. Deny the allegations in paragraph "232" of the Complaint.

233. Deny the allegations in paragraph "233" of the Complaint.

234.    Deny the allegations in paragraph "234" of the Complaint.

235.    Deny the allegations in paragraph "235" of the Complaint and refer all questions of law to the court.

## FOURTH CAUSE OF ACTION
### Violation of New York City Human Rights Law § 8-107(5)(a)(1)
### (By All Plaintiffs Against All Defendants)

236.    Defendants hereby repeat, reallege and incorporate herein by reference each and every one of the answers contained in the paragraphs above and denies the allegations contained in paragraph "236" of the Complaint.

237.    Deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph "237" of the Complaint and refers all questions of law to the court.

238.    Deny the allegations in paragraph "238" of the Complaint.

239.    Deny, as stated, the allegations in paragraph "239" of the Complaint.

240.    Deny the allegations in paragraph "240" of the Complaint.

241.    Deny the allegations in paragraph "241" of the Complaint.

242.    Deny, as stated, the allegations in paragraph "242" of the Complaint.

243.    Deny the allegations in paragraph "243" of the Complaint.

244.    Deny the allegations in paragraph "244" of the Complaint.

245.    Deny the allegations in paragraph "245" of the Complaint.

246.    Deny the allegations in paragraph "246" of the Complaint.

247.    Deny the allegations in paragraph "247" of the Complaint.

248.    Deny the allegations in paragraph "248" of the Complaint.

249.    Deny the allegations in paragraph "249" of the Complaint.

250. Deny the allegations in paragraph "250" of the Complaint.

251. Deny the allegations in paragraph "251" of the Complaint.

252. Deny the allegations in paragraph "252" of the Complaint.

253. Deny the allegations in paragraph "253" of the Complaint.

254. Deny the allegations in paragraph "254" of the Complaint and refer all questions of law to the court.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

255. Answering Defendants responsibility for non-economic loss, if any, which is expressly denied herein, is less than 50% of any responsibility attributed to any tortfeasor, whether or not a party hereto, who is or may be responsible for the happening of Plaintiffs' alleged injuries and, thus, such party is entitled to a limitation of damages as set forth in CPLR Article 16.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

256. Upon information and belief Plaintiffs failed to mitigate damages.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

257. Plaintiffs' injuries, if any, were caused by the culpable conduct of parties other than the answering Defendants and over whom Defendants had no control.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

258. This action is barred by the equitable doctrines of unclean hands, laches, estoppel and/or waiver because of the Plaintiffs' own conduct, acts and/or omissions.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

259. That the Complaint in its entirety, and each cause of action contained therein, lacks the requisite specificity.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

260. This action is barred, in whole or in part, by the applicable statute of limitations.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

261.   A defense is founded upon documentary evidence [C.P.L.R. § 3211(a)(1)].

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

262.   That Defendant reserves the right to assert additional defenses if and to the extent that any such defenses are applicable.

## RESERVATION OF RIGHTS

Defendants hereby reserve their right to bring any and all additional affirmative defenses and counterclaims that they may maintain against Plaintiffs, to the extent discovery in this action or further investigation reveals such further affirmative defenses and counterclaims.

**WHEREFORE**, Defendants respectfully request that this Court:

A.  Dismiss Plaintiffs' Complaint in its entirety, with prejudice;

B.  Deny each and every request for relief contained in Plaintiffs' Complaint;

C.  Award Defendants their reasonable attorneys' fees and costs of suit; and

D.  Award Defendants any such other and further relief this Court deems just and proper.

Dated: Astoria, New York
       September 4, 2024

**SACCO & FILLAS, LLP**

By: _____
Christopher P. DelCioppio, Esq.
31-19 Newtown Avenue
Seventh Floor
Astoria, New York 11102
(718) 269-2220
*Attorneys for Defendants*
*Juda Niayzov, Alevtina Ioffe,*
*Exclusive Properties Realty, Inc.*