UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

FAIR HOUSING JUSTICE CENTER, INC., et al.,                    Civil Action No. 24-cv-4201-LDH-SJB

                Plaintiffs,

-v-                                                                              **AFFIDAVIT OF SERVICE**

JUDA NIAYZOV, et al.,

                Defendants.

----------------------------------------------------------------x

I, Juan de los Santos, declare under penalty of perjury that I am now and at all times herein mentioned a citizen of the United States and resident of the State of New York, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness herein. I further declare upon direct personal knowledge that the following is true and correct:

On August 16, 2024, I received the following documents in the above-captioned civil action for service on the named Defendant **XIAN JIN ZHANG**: (i) AMENDED SUMMONS IN A CIVIL ACTION and (ii) SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL. On September 04, 2024 at 01:39 p.m., I served these documents on **XIAN JIN ZHANG** at his place of business within the State which is 1812 Bath Avenue, Suite 2, Brooklyn, New York 11214 by delivering said documents to JOSEPHINE SABATINO, Office Manager of REMAX EDGE REALTY, LLC, who indicated that Defendant **XIAN JIN ZHANG** was one of her sales agents and that she was an officer authorized to accept said documents on behalf of said Defendant.

Consistent with CPLR 308, on September 05, 2024, I also mailed true copies of said pleadings and court documents to **XIAN JIN ZHANG** at the above address in a First Class post-paid properly addressed envelope, not indicating that said mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct and that this affidavit of service was executed on this 06th day of September, 2024 in the County of Kings, City of New York, State of New York.

State of New York,
County of Kings, ss.:

Sworn to before me, on this
06th day of September, 2024.

_____
Melissa Cruz,
Notary Public, State of New York

MELISSA CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CR6115265
Qualified in Kings County
My Commission Expires 09-07-2028

_____
Juan de los Santos
New York Process Server License No. 2067123

**Juan de los Santos**
New York Process Server # 2067123
54 Bristol Street, Ste. 7F
Brooklyn, NY 11212