UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY;
FELIX; BIANCA JONES; and ROSLYN
SEALE,

                     Plaintiff,

– against –

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN
JIN ZHANG; and REMAX EDGE REALTY,
LLC,

                     Defendants.
------------------------------------------------------------------X

Case No.: 1:24-cv-04201-LDH-SJB

**PLEASE TAKE NOTICE** that Spencer A. Richards, Esq., of Furman Kornfeld & Brennan LLP, hereby appears as an attorney of record for Defendants XIAN JIN ZANG and REMAX EDGE REALTY KKC in the above-captioned matter. Undersigned counsel hereby certifies that he is admitted to practice in this Court.

Dated: September 16, 2024
       New York, New York

                                  **FURMAN KORNFELD & BRENNAN LLP**

                        By:   */s/ Spencer Richards*
                              Spencer A. Richards, Esq. SAR7177
                              *Attorneys for Defendants*
                              XIAN JIN ZANG and
                              REMAX EDGE REALTY KKC
                              88 Pine Street, 32nd Floor
                              New York, NY 10005
                              T:     (212) 867-4100
                              F:     (212) 867-4118
                              Email: <srichards@fkblaw.com>

TO: *All Parties via ECF*