UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY;
FELIX; BIANCA JONES; and ROSLYN
SEALE,

Case No.: 1:24-cv-04201-LDH-SJB

                    Plaintiff,

– against –

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN
JIN ZHANG; and REMAX EDGE REALTY,
LLC,
                    Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Asher Kest, Esq., of Furman Kornfeld & Brennan LLP, hereby appears as an attorney of record for Defendants XIAN JIN ZANG and REMAX EDGE REALTY LLC in the above-captioned matter. Undersigned counsel hereby certifies that he is admitted to practice in this Court.

Dated: September 24, 2024
       New York, New York

                                **FURMAN KORNFELD & BRENNAN LLP**

                      By:   */s/ Asher Kest*
                             Asher Kest, Esq.
                             *Attorneys for Defendants*
                             XIAN JIN ZHANG and
                             REMAX EDGE REALTY KKC
                             88 Pine Street, 32nd Floor
                             New York, NY 10005
                             T:    (212) 867-4100
                             F:    (212) 867-4118
                             Email: <akest@fkblaw.com>

TO: *All Parties via ECF*