UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY           24-cv-04201
FELIX; BIANCA JONES; and ROSLYN
SEALE                                    **STIPULATION EXTENDING
                    Plaintiffs,          TIME TO ANSWER**

          -against-

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN
JIN ZHANG; and REMAX EDGE REALTY,
LLC,

                    Defendants.
----------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by, between, and among, on one hand, the

Plaintiffs, and on the other hand, Defendants Womcore LLC d/b/a Remax Edge, and Xian Jin Zhang

(collectively, "Defendants") as follows:

1. The original deadline for Remax Edge to file an Answer to the Second Amended Complaint was September 12, 2024.

2. The original deadline for Xian Jin Zhang to file an Answer to the Second Amended Complaint is September 25, 2024.

3. An extension of time is sought to provide defendants with opportunity to investigate and evaluate the claims.

4. No previous requests for adjournments or extensions of time have been made by Defendants in this case.

5. The time for Defendants to appear and answer or make any motion with relation to the summons or complaint in this action, be and the same hereby is, extended to and including **October 25, 2024.**

6. Such an extension of time would not affect any other scheduled date.

7. Defendants agree to waive any personal jurisdictional, venue, or service-related defenses.

Dated: New York, New York
      September 23, 2024

/s/ Spencer A. Richards

BY:  SPENCER A. RICHARDS, ESQ.
FURMAN, KORNFELD & BRENNAN, LLP
Attorneys for Defendants Womcore LLC d/b/a
Remax Edge and Xian Jin Zhang
88 Pine Street, 32nd Floor
New York, NY 10005
212-867-4100 Ext. 382
srichards@fkblaw.com

/s/ Eric Hecker

BY:  ERIC HECKER, ESQ.
CUTI HECKER WANG LLP
Attorneys for Plaintiffs
305 Broadway, Suite 607
New York, New York 10007
(212) 620-2604
ehecker@chwllp.com