UNITED STATES DISTRICT COURT

*EASTERN* ~~SOUTHERN~~ DISTRICT OF NEW YORK

--------------------------------------------------------------

Fair Housing Justice Center et al., Plaintiff,

                                          Case No. 24 Civ. 4201

-against-

Juda Niayzov et al.          Defendant.

--------------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Eric Hecker**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EH0989 _____ My State Bar Number is 2929750 _____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Cuti Hecker Wang LLP _____
            FIRM ADDRESS: 305 Broadway, Suite 607, New York, NY 10007 _____
            FIRM TELEPHONE NUMBER: (212) 620-2602 _____
            FIRM FAX NUMBER: (212) 620-2612 _____

NEW FIRM:   FIRM NAME: Wang Hecker LLP _____
            FIRM ADDRESS: 305 Broadway, Suite 607, New York, NY 10007 _____
            FIRM TELEPHONE NUMBER: (212) 620-2602 _____
            FIRM FAX NUMBER: (212) 620-2610 _____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: October 20, 2024          /s/ Eric Hecker _____
                                 ATTORNEY'S SIGNATURE