AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FAIR HOUSING JUSTICE CENTER, INC, et al. )
*Plaintiff* )
v. ) Case No.  24 Civ. 4201
JUDA NIAYZOV et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Xueqiang Zheng and Yu Li Weng

Date:  December 2, 2024

*Attorney's signature*

LEON K. LUK, ESQ. ( #2285880)
*Printed name and bar number*
254 Canal Street, Suite 2001
New York, NY 10013

*Address*

LUKSPC@AOL.COM
*E-mail address*

212-219-8686
*Telephone number*

212-219-8817
*FAX number*