UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY
FELIX; BIANCA JONES; and ROSLYN
SEALE

                           Plaintiffs,

                -against-

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN
JIN ZHANG; and REMAX EDGE REALTY, LLC,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

24-cv-04201

**STIPULATION
EXTENDING
TIME TO ANSWER**

\

\

\

IT IS HEREBY STIPULATED AND AGREED by, between, and among, on the one hand, the Plaintiffs, and on the other hand, Defendants XUEQIANG ZHENG and YU LI WENG (collectively, "Defendants") as follows:

1.     Defendants agree that they have been validly served with process, by email to their counsel, who has agreed to accept service on their behalf;

2.     Defendants waive any and all defenses based on personal jurisdiction and/or venue;

3.     The time for Defendants to answer or to make any motion with relation to the Second Amended Complaint in this action is hereby extended to and including **January 7, 2025.**

Dated:  December 2, 2024

By:_____
    Leon K. Luk, Esq.
    Luk & Luk PLLC
    Attorneys for Defendants
    Xueqiang Zheng & Yu Li Weng
    254 Canal Street, #2001
    New York, NY 10013
    (212) 219-8686
    lukspc@aol.com

CUTI HECKER WANG LLP

By:_____
Eric Hecker, Esq.
*Attorneys for Plaintiffs*
305 Broadway, Suite 607
New York, New York 10007
(212) 620-2604
ehecker@chwllp.com

2