Nicholas G. Sekas, Esq.
**SEKAS LAW GROUP, LLC**
515 Madison Ave, Suite 1
New York, NY 10022
(201) 816-1333
*Attorneys for Defendant, 202 Marine, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIR HOUSING JUSTICE CENTER, INC.; PATRICIA DELEONE-FELIX; STANLEY FELIX; BIANCA JONES; AND ROSLYN SEALE<br><br>Plaintiff,<br><br>v.<br><br>JUDA NIAYZOV; ALEVTINA IOFFE; EXCLUSIVE PROPERTIES REALTY, INC.; NDERIM DEMIROVIC; 202 MARINE LLC; XUEQIANG ZHENG; YU LI WENG; XIAN JIN ZHANG; and REMAX EDGE REALTY, LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:24-CV-04201<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant 202 Marine, LLC in the above captioned action as prior counsel, Kevin Mallon, has since left the Sekas Law Group.

1

Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below and cause any future Notice of Electronic Filing in the above-captioned matter to be sent through CM/ECF System.

Dated: December 13, 2024

*/s/Nicholas Sekas*
Nicholas G. Sekas, ESQ.
*Substituting Counsel*
SEKAS LAW GROUP, LLC
515 Madison Ave, Suite 1
New York, NY 10022
Email: NSekas@Sekaslaw.com
Phone: 201-816-1333
Fax: 201-816-1522