# SEKAS LAW GROUP, L.L.C.

ATTORNEYS AT LAW

**Nicholas G. Sekas** *o*
Giancarlo Ghione# +
Michael T. Halkias o+
Janet C. Navarro *o*+
Dae-Ki Min *o*+
Saverio Cereste *o*+
Paul Faugno *o*+×

× **Certified Civil Trial Attorney of the Superior Court of New Jersey**
+ **Of Counsel**
_____

Retired Judge Walter F. Skrod+

530 Sylvan Avenue, Suite 201
Englewood Cliffs, NJ 07632
201.816.1333
Facsimile 201.816.1522

www.sekaslaw.com

515 Madison Avenue, 6th FL
New York, NY 10022
212.695.7577
Facsimile 212.753.386

345 Centre Street, Suite 1
Nutley, NJ 07110
973.667.3399
Facsimile 973.235.1575

*Members are admitted to:*
\#  *NJ Bar*
\*  *NY Bars*
♦  *NY & CT Bars*
o  *NJ & NY Bars*
ø  *NJ & PA Bars*

December 13, 2024

Justice LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201 Courtroom 4H North

Re:   Fair Housing Justice Center, Inc. et al. v. Juda Niayzov et al.
        Case No. 1:24-cv-04201

Dear Judge Hall:

    As you know this office represents 202 Marine, LLC in the above referenced matter. Kindly remove Kevin C. Mallon, Esq., from this matter since he no longer works for this firm. Nicholas G. Sekas, Esq. will be handling this matter moving forward, accordingly, please forward all emails to Nsekas@sekaslaw.com.

    We thank Your Honor and the Court for your courtesy and immediate attention to this matter.

Respectfully submitted,
**SEKAS LAW GROUP, LLC**
Attorneys for Defendant 202 Marine Ave


/*S/Nicholas G. Sekas*_____
Nichoals G. Sekas, Esq.
Attorneys for Defendant 202 Marine Ave