# SEKAS LAW GROUP, L.L.C.

ATTORNEYS AT LAW

**Nicholas G. Sekas** [o]
Janet C. Navarro [o+]
Kevin Mallon [o+]
Dae-Ki Min [o+]
Saverio Cereste [o+]
Paul Faugno [o+×]

× Certified Civil Trial Attorney of
the Superior Court of New Jersey

+ Of Counsel
_____

Retired Judge Walter F. Skrod+

530 Sylvan Avenue, Suite 201
Englewood Cliffs, NJ 07632
201.816.1333
Facsimile 201.816.1522

www.sekaslaw.com

515 Madison Avenue, 6th FL
New York, NY 10022
212.695.7577
Facsimile 212.753.386

345 Centre Street, Suite 1
Nutley, NJ 07110
973.667.3399
Facsimile 973.235.1575

*Members are admitted to:*
\#   NJ Bar
\*   NY Bars
♦   NY & CT Bars
o   NJ & NY Bars
ø   NJ & PA Bars

January 2, 2025

Justice LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201 Courtroom 4H North

      **Re:**     Fair Housing Justice Center, Inc. et al. v. Juda Niayzov et al.
                 Case No. 1:24-cv-04201

Dear Judge Hall:

       As Your Honor may know, we represent 202 Marine, LLC in the above referenced matter. A Hearing is scheduled for this matter on January 10, 2025 at 3:30 p.m. Unfortunately, Mr. Sekas will be away next week on a prepaid trip and will not be able to attend the hearing. Furthermore, there is no other coverage available that day.

       Therefore, in light of the above, we respectfully request that the Court will reschedule the Hearing for the following week, to January 17, 2025, if all parties are available on that date, otherwise we leave the Court to pick another date convenient to all parties.

       We thank you for your time and attention and will be happy to address any issues should anything require further clarification.

                                        **Respectfully submitted,**
                                        **SEKAS LAW GROUP, LLC**
                                        **Attorneys for Defendant 202 Marine Ave**

                                        ***/s/Nicholas G. Sekas*_____**
                                        Nicholas G. Sekas, Esq.
                                        Attorneys for Defendant 202 Marine Ave

CC: Luigi Brandimarte, Esq. @ lbrandimarte@saccofillas.com
Christopher Paul DelCioppio, Esq. @ cpdelcippio@saccofillas.com
Eric Jason Hecker, Esq. @ ehecker@wanghecker.com
Asher Kest, Esq. @ akest@fkblaw.com
Leon K Luk, Esq. @ lukspc@aol.com
Patricia Rose Lynch, Esq. @ plynch@saccofillas.com
Spencer Alvin Richards, III, Esq. @ srichards@fkblaw.com