# LUK & LUK, PLLC
## Attorneys at Law

---

**254 Canal Street, Suite 2001**
New York, N.Y. 10013

LEON K. LUK *
CHARLES K. LUK *

TEL: (212) 219-8686
FAX: (212) 219-8817
Email: lukspc@aol.com

\* Admitted in NY & NJ

February 7, 2025

**Via ECF**

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court
Eastern District
225 Cadman Plaza East, Courtroom 4H-N
Brooklyn, New York. 11201

**Re: Fair Housing Justice Center, Inc. et al.
     v. Juda Niayzov, et al
     Docket No.: 1:24-cv-04201**

Dear Hon. Judge Hall:

I'm the attorney for defendants XUEQIANG ZHENG AND YU LI WENG. I would like to apologize for the delay in responding to co-defendants ReMax Edge and Xian Jin Zhang's request for a pre-motion conference (doc.50) to address the Crossclaims in defendant's Answer. The failure to comply with the Judge's rules was not intentional and this matter just fell through the cracks due to so many other emails between the parties in this case and I am the sole litigant in my small firm. I will not engage codefendants' time nor the court's time in arguing whether the crossclaims. As such, we request the court permission to permit defendants to file an Amended Answer wherein we will remove the crossclaims objected to in co-`defendant's letter.

Very truly yours

Leon K. Luk

LKL/pw

cc: all counsel of record via ECF