UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY;
FELIX; BIANCA JONES; and ROSLYN
SEALE,

               24 Civ. 4201 (LDH) (TAM)

       Plaintiffs,

   v.

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN
JIN ZHANG; and REMAX EDGE REALTY,
LLC,

       Defendants.
--------------------------------------------------------X

## RULE 7.1 STATEMENT

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Fair Housing

Justice Center, Inc., by its undersigned counsel, represents that it has no parent corporation and

that no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
   February 17, 2025

        By:  /s/ Eric Hecker
          Eric Hecker
          Mariann Meier Wang

        WANG HECKER LLP
        305 Broadway, Suite 607
        New York, New York 10007
        (212) 620-2600
        ehecker@wanghecker.com

        *Attorneys for Plaintiffs*