

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100  Fax: 212-867-4118
www.fkblaw.com

February 21, 2025

**VIA ECF Filing**
Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Court Room 4H-N
Brooklyn, New York 11201

    Re:    *Fair Housing Justice Center, Inc. et al. v. Juda Niayzov et al.*
           Civil Case No.:    1:24-cv-04201
           FKB File No.:    302.175

Dear Judge Hall:

    Our firm represents Womcore LLC d/b/a Remax Edge and Xian Jin Zhang (collectively, "Remax" or "Defendants") in the above-referenced matter. We write to respectfully request a stay of discovery in this matter, or in the alternative, a temporary stay in discovery until Remax's motion to dismiss is fully submitted.

    As discussed in Remax's October 23, 2024 pre-motion conference letter seeking leave to move to dismiss, Plaintiffs have not have asserted a viable cause of action against Remax. The otherwise highly detailed Complaint asserts only one single fact alleging any connection by Remax to the instant claims of discrimination; even if true, Plaintiffs' single assertion does not give rise to any claims for discriminatory practices or any others. *See* ECF Dkt. No. 42.

    The operative Complaint consists of 30 pages of specific assertions of fact against nine different defendants; if Remax is required to proceed with discovery, they will incur substantial legal fees regarding factual claims that have little to no bearing on them whatsoever. We note also that codefendant 202 Marine LLC has also submitted a pre-motion conference letter seeking leave to move to dismiss. Remax therefore respectfully requests that the Court stay discovery in this action until a decision on the parties' respective motions to dismiss is issued. In the alternative, if the Court is not inclined to grant this stay, Remax requests a temporary stay of discovery only to the anticipated date of the full submission of the respective motions to dismiss.[1]

    This is the first request for a stay of discovery. Previously, Defendants requested an extension of time to respond to the Complaint, which was granted. Plaintiff has not consented to this request. We note that this request notwithstanding, we intend to submit a timely Case Management Order Worksheet ("CMO") pursuant to Magistrate Judge Taryn A. Merkl's Individual Rules. We will submit a new CMO if the Court grants the instant request.

---

[1] Based on this Court's Individual Practices regarding Filing of Motion Papers, Remax estimates this date to be April 30, 2025.

Westchester: 84 Business Park Drive, Suite 211, Armonk, NY 10504  |  Tel: 914-920-4000  |  Fax: 914-347-3898
Long Island: 666 Old Country Road, Garden City, NY 11530  |  Tel: 718-983-3501

*Fair Housing Justice Center, Inc. et al v. Niayzov et al*
Civil Case No.: 1:24-cv-04201
Page 2

We thank the Court for its consideration of these matters.

Respectfully submitted,

FURMAN KORNFELD & BRENNAN LLP

Spencer A. Richards
Asher Kest

cc:     All Counsel of Record – *via ECF*