New York / Kings County / Brooklyn / Bay Ridge / 202 Marine Ave Unit 1LL



# $3,500 / month

202 Marine Ave Unit 1LL, Brooklyn, NY 11209

⟳ 2 Weeks Ago

Check Back Soon for Upcoming Availability

[ Alert Me About Listings ]

| Beds | Baths | Average SF |
| --- | --- | --- |
| 2 Br | 1 Ba | 1,250 SF |

## About This Property

Renovated building near Shore Road in Bay Ridge. Excellent location on tree lined block near all transportation, shopping, restaurants, etc. Old world charm with modern amenities. 2 BR unit with granite/marble eat-in kitchen & bath, laundry room in unit with full size washer / dryer, high ceilings; hardwood floors, individual thermostat to control temperature, walk-in closets, video intercom, and much more.
202 Marine Ave is an apartment community located in **Kings County** and the **11209** ZIP Code.

## Amenities

High Speed Internet Access

Washer/Dryer
Air Conditioning
Heating
Ceiling Fans
Smoke Free
Cable Ready
Storage Space
Tub/Shower
Handrails
Intercom
Dishwasher
Ice Maker
Stainless Steel Appliances
Pantry
Eat-in Kitchen
Kitchen
Oven
Range
Refrigerator
Quartz Countertops
Hardwood Floors
Tile Floors
High Ceilings
Office
Recreation Room
Walk-In Closets
Linen Closet
Laundry Facilities

## Expenses

### Utilities Included

Water, Sewer   Included

# Education

### Colleges & Universities

| | | Distance |
|---|---|---|
| Wagner College | Drive: 13 min | 5.3 mi |
| Medgar Evers College, CU... | Drive: 17 min | 6.4 mi |
| Brooklyn College | Drive: 15 min | 7.2 mi |
| Brooklyn Law School | Drive: 14 min | 7.4 mi |

202 Marine Ave Unit 1LL is within 13 minutes or 5.3 miles from Wagner College. It is also near Brooklyn College and Medgar Evers College, CUNY.

# Walkability Near 202 Marine Ave Brooklyn, NY 11209

**Walker's Paradise** — 94
Walk Score®    Out of 100

Lace up your walking shoes because this area is considered a walker's paradise.

**Excellent Transit** — 87
Transit Score®   Out of 100

You'll have excellent transit living in this area, with several nearby transit stops.

**Very Bikeable** — 79
Bike Score®    Out of 100

This area is very Bikeable. You'll find a variety of bike paths and lanes.

**Soundscore™** — —
Out of 100

Traffic: —  Airport: —  Businesses: —

Score provided by Walk Score ⓘ

# Points of Interest

Time and distance from 202 Marine Ave Unit 1LL.

| Shopping Centers | | Distance |
|---|---|---|
| 452-512 86th St | Walk: 16 min | 0.8 mi |
| Fortway Movie Theatre | Drive: 5 min | 1.9 mi |
| Fairmont Mall | Drive: 7 min | 2.9 mi |

202 Marine Ave Unit 1LL has 3 shopping centers within 2.9 miles, which is about a 7-minute walk. The miles and minutes will be for the farthest away property.

| Parks and Recreation | | Distance |
|---|---|---|
| Dyker Beach Park | **Walk:** 28 min | 1.5 mi |
| Narrows Botanical Gardens | **Drive:** 4 min | 2.3 mi |
| Owl's Head Park | **Drive:** 5 min | 2.7 mi |
| Gateway NRA - Staten Isl... | **Drive:** 8 min | 3.7 mi |
| Alice Austen Park | **Drive:** 9 min | 4.6 mi |

202 Marine Ave Unit 1LL has 5 parks within 4.6 miles, including Dyker Beach Park, Narrows Botanical Gardens, and Owl's Head Park.

| Hospitals | | Distance |
|---|---|---|
| Maimonides Medical Center | **Drive:** 7 min | 2.9 mi |
| NYC Health + Hospitals / C... | **Drive:** 8 min | 5.0 mi |
| Richmond University Medi... | **Drive:** 15 min | 7.0 mi |

202 Marine Ave Unit 1LL has 3 hospitals within 7.0 miles, the nearest is Maimonides Medical Center which is 2.9 miles away and a 7 minute drive.

| Military Bases | | Distance |
|---|---|---|
| Fort Hamilton | **Walk:** 25 min | 1.3 mi |
| Naval Station NY Stapleto... | **Drive:** 13 min | 5.8 mi |

202 Marine Ave Unit 1LL is 1.3 miles from Fort Hamilton, and is convenient to other military bases, including Naval Station NY Stapleton Site.

⚑ Report an Issue  /  🖶 Print  /  Y Get Directions

**Apartments.com**™

