Outlook

## 2BR Duplex - Newly Renovated Available April 1st!

**From** 202 MARINE LLC <202marinellc@gmail.com>
**Date** Mon 3/18/2024 3:38 PM
**To** 202 MARINE LLC <202marinellc@gmail.com>

📎 1 attachment (825 KB)
FLOOR PLAN 1LL.jpg;

Dear Esteemed Realtor,

We are thrilled to introduce a newly renovated 2-bedroom duplex located at 202 Marine Avenue #1LL, Brooklyn, NY 11209.

The unit description is provided below (feel free to customize as needed). Scroll to bottom for content and floor plan.

This spacious duplex offers exceptional efficiency, boasting climate control and the added benefit of 'natural' radiant heat during the winter months, as it is positioned above the boiler room.

Please note that pets are not permitted, and utilities are not included (with the exception of cold water).

We kindly request that all clients be prequalified, and we encourage you to reach out via call or text to arrange a viewing appointment. The asking rent is **$3750** / month.

Available starting April 1, 2024, with finishing touches currently being completed, this unit is sure to generate considerable interest in the market.

Thank you for your attention to this matter.

Warm regards,
Nicholas Sekas
Member
202 Marine LLC
(917) 922-4446



BATH.jpg

Bedroom-2.jpg

**EXHIBIT B**

- BR1 ENT.jpg
- BR1.jpg
- BR2 CV2.jpg
- BR2 CV.jpg
- KITCHEN ENTRANCE.jpg
- Kitchen-Counter.jpg
- Laundry.jpg
- LL ENTRY DOOR.jpg
- LL RV.jpg
- LL SCV.jpg
- LR ENT.jpg
- Walk-In Closet.jpg

Introducing a stunning duplex unit in the heart of Bay Ridge, Brooklyn! This newly renovated 2-bedroom apartment on the first floor boasts modern amenities and stylish touches throughout. Step into the brand-new kitchen featuring sleek stainless steel appliances, including a dishwasher, complemented by elegant quartz countertops. The convenience of a washer/dryer adds to the allure of this space, while the video intercom system provides security and peace of mind.

The apartment also features a bonus room, perfect for a home office or additional storage, with its own separate entrance for added convenience. The newly renovated bathroom is adorned with a glass tub enclosure. Premium white oak flooring spans the entirety of the unit, lending a warm and inviting ambiance. High ceilings with LED lighting throughout create a spacious and modern feel.

Stay comfortable year-round with central AC/heat, and ample closet space ensures organization is a breeze. Located in the vibrant neighborhood of Bay Ridge, Brooklyn, residents enjoy easy access to an array of dining, shopping, and entertainment options. Explore the charming tree lined streets, or take a leisurely stroll along the waterfront promenade with breathtaking views of the New York Harbor and Verrazano-Narrows Bridge. With its unbeatable combination of modern amenities and neighborhood charm, this duplex unit is sure to impress!

**EXHIBIT B**