1:53 🔕



< 4

**116 97 St 1 Bedroom $2,250** ›

Feb 16, 2024 at 11:28 AM

Done.

Just informed Lucy & Michael that they were picked.

Feb 20, 2024 at 11:11 AM

 **FLOOR PLAN 1LL.pdf**
PDF Document
· 35 KB

New Duplex

Pic

Not yet

Feb 21, 2024 at 1:16 PM

**The Dorset**
g.co 

iMessage 🎤

1:53 🔕

4

116 97 St 1 Bedroom $2,250 ›

Feb 21, 2024 at 1:16 PM

**The Dorset**
g.co

Jesus Ayala - Super?
1 (347) 659-6264

Feb 22, 2024 at 8:37 AM

Hi

You have pictures

Not yet.

Feb 23, 2024 at 8:22 AM

Good morning

How much was the 2 bedrooms?

Good morning. The duplex?

iMessage

1:53

116 97 St 1 Bedroom $2,250

Good morning. The duplex?

Sent with Siri

Yes

Dropped to $3750

Ok

I need some pics

I know. But the front entrance is left.
New door and tile as you walk in.

Next week

For sure

I promise you will love this unit.

iMessage

1:54

**116 97 St 1 Bedroom $2,250**

For sure

I promise you will love this unit.

Okay

Feb 28, 2024 at 11:39 AM

Hi

You have pics

Not yet

You have clients?

Yes

Who do you have? Income/ credit scores?

Couple

180,000

iMessage

1:54

< 4

116 97 St 1 Bedroom $2,250 >

Couple

180,000

Credit score 790

Excellent

My sister is showing this Friday from 11-2. You want to bring them when we confirm the other appointment?

Let me ask

Feb 29, 2024 at 1:00 PM

Hi Jacob - Any confirmation for tomorrow's appointment?

Sunday

iMessage

1:54

< 4

**116 97 St 1 Bedroom $2,250**

Feb 29, 2024 at 1:00 PM

Hi **Jacob** - Any confirmation for tomorrow's appointment?

Sunday

Alright

What time?

What for the price again

$3750

Ok

Do u have pics

Mar 2, 2024 at 3:04 PM

Jacob - Just checking to see if appointment is

iMessage

1:54

< 4

116 97 St 1 Bedroom $2,250 >

Do u have pics

Mar 2, 2024 at 3:04 PM

Jacob - Just checking to see if appointment is confirmed for tomorrow.

Mar 2, 2024 at 6:34 PM

You have pics ??

Not yet.

Soon

I thought you had clients for tomorrow

Let me confirm

I am showing at 11 AM. Come at 11:15

iMessage

1:54 🔕

< **4**

**116 97 St 1 Bedroom $2,250** ›

**Let me confirm**

I am showing at <u>11 AM</u>. Come at <u>11:15</u>

**Let me ask**

Mar 3, 2024 at 10:15 AM

Good morning. Just checking in to see if you were able to confirm with your clients?

**Not today they said**

Alright.  During the week with my sister possibly?

Mar 5, 2024 at 10:59 AM

**Good morning**

**Can u send me pics**

+    iMessage

1:54 🔕

**116 97 St 1 Bedroom $2,250** ›

Mar 5, 2024 at 10:59 AM

> Good morning

> Can u send me pics

Mar 5, 2024 at 1:39 PM

OK

My sister will be there at 2 PM

Mar 7, 2024 at 12:51 PM

> Call me please

Mar 8, 2024 at 9:01 AM

Good morning.
When you get a chance please call me.

> Few min

iMessage

1:55 🔕





**116 97 St 1 Bedroom $2,250** ›

Mar 8, 2024 at 3:04 PM

**Everything OK?**

**Call me**



3:07                        📶 5G 🔋

‹ 2

+1 (917) 408-3825

👍

Yesterday 2:47 PM

Hey are u available

Just wrapping up. I'll call you in a
few.

Ok

Do u want to put deposit for the
apartment

I will be at the office 3:15 pm

Today 1:00 PM

Thanks for your help but my
husband and I decided to go with
another apartment.

Ok

＋    Text Message                🎤

Mar 10, 2024 at 12:37 PM

**Jacob - Didn't get a
confirmation from you so
not sure if meeting later**

    iMessage    

1:55

116 97 St 1 Bedroom $2,250

Mar 10, 2024 at 12:37 PM

Jacob - Didn't get a confirmation from you so not sure if meeting later today.

Tomorrow

She said

Alright. Let my sister know directly.

Ok

Mar 12, 2024 at 1:10 PM

Morning works best. 10-12 work? Contact my sister directly to confirm. Thanks

Ok

iMessage

1:55





116 97 St 1 Bedroom $2,250

Mar 12, 2024 at 1:10 PM

Morning works best.
10-12 work? Contact my
sister directly to  confirm.
Thanks

Ok

Mar 14, 2024 at 2:12 PM

Send me the pics

Give me your email
address. I have only basic
pics. They will be retaken.
Angles are wrong on most
of them.

Lexusjake1@gmail.com

Mar 14, 2024 at 3:19 PM

Sent

iMessage

1:55

< 4

**116 97 St 1 Bedroom $2,250**

Lexusjake1@gmail.com

Mar 14, 2024 at 3:19 PM

Sent

I'll check

Mar 14, 2024 at 10:53 PM

I did not get it

DID YOU CHECK YOUR SPAM OR JUNK FOLDER?

It's not there

Sorry I had caps on by mistake

Lexusjake1@gmail.com

iMessage

1:55



116 97 St 1 Bedroom $2,250 ›

Sorry I had caps on by mistake

Lexusjake1@gmail.com







iMessage

1:56

116 97 St 1 Bedroom $2,250







This is professional pictures

iMessage

1:56 🔕

## 116 97 St 1 Bedroom $2,250 ›

This is professional pictures

?



They stink. They all will be retaken.

It's horrible

Yes

Do you want a few more?

Send me what u have



iMessage

1:56



4



**116 97 St 1 Bedroom $2,250** ›

Do you want a few more?

Send me what u have










iMessage





 **FLOOR PLAN 1LL.pdf**
PDF Document · 35 KB

That's most of it

iMessage

1:56

4

116 97 St 1 Bedroom $2,250

That's most of it. Reshooting Saturday. Just bring the right clients. Highlight the new amenities including efficient HVAC with individual controls in the bedrooms and downstairs bonus room.

Okay

Mar 19, 2024 at 5:02 PM

Hi **Jacob** - Hope all is well. Just confirming received email yesterday with info & photos of newly renovated 2BR Duplex in Bay Ridge?

Yes

Mar 27, 2024 at 11:33 AM

iMessage

1:56 🔕

 4      📹

**116 97 St 1 Bedroom $2,250** ›

> Yes

Mar 27, 2024 at 11:33 AM

> Hello, I'm sorry I missed your call. Please text me and I will reply shortly. Thanks

Good morning. Just following up on doctor couple. Did  they want to see the unit?



2 Bedrooms at Marine Avenue and 98th Street for

   iMessage   

1:56



116 97 St 1 Bedroom $2,250 >



**2 Bedrooms at Marine Avenue and 98th Street for $3,750 by Daniel Abramov**
renthop.com

Was asked to take down

He works with me

Mar 29, 2024 at 11:41 AM

Can we se it today

3:30 pm

Sat, Apr 6 at 1:39 PM



 iMessage

Case 1:24-cv-04201-LDH-TAM   Document 72-1   Filed 04/03/25   Page 22 of 34 PageID #: 393



**116 97 St 1 Bedroom $2,250**

Sat, Apr 6 at 1:39 PM



April signing bonus! One free month or commission on us!

Sat, Apr 6 at 8:09 PM

Okay 👍

Tue, Apr 9 at 3:05 PM

Hi

Are u available

Tomorrow

Clients for 202 Marine?

iMessage

1:56

**116 97 St 1 Bedroom $2,250**

Tue, Apr 9 at 3:05 PM

Hi

Are u available

Tomorrow

Clients for 202 Marine?

Wed, Apr 10 at 10:32 AM

Yes

It's available

Yes.

Call me

Few min

Wed, Apr 10 at 2:25 PM

No one available tomorrow

iMessage

1:56

**4**

**116 97 St 1 Bedroom $2,250**

Few min

Wed, Apr 10 at 2:25 PM

No one available tomorrow after 10:30 AM or Friday to show. I can show Sunday.

Fri, May 3 at 3:05 PM

New May Special!
Price drop on 202 Marine Ave 2 BR Duplex - $3500

What's included

No utilities. We pay for water and maintenance.

Ok

Mon, May 6 at 3:07 PM

Hi

iMessage

1:56 🔕

**< 4**

📹

**116 97 St 1 Bedroom $2,250** >

Ok

Mon, May 6 at 3:07 PM

Hi

Tomorow 6 pm

Can we do 6:30?

Has to be 6 pm

Alright. Coming from the city so you sometimes traffic is worse than normal.

See u tomorrow

K

Tue, May 7 at 4:43 PM

Confirming 6 PM

\+     iMessage     🎤

1:56 🔕

< 4

116 97 St 1 Bedroom $2,250 >

See u tomorrow

K

Tue, May 7 at 4:43 PM

Confirming 6 PM appointment.

Still on?

See u 6 pm

Yes

K

I'm running late few minutes

Traffic

Me too. Stuck in traffic.

Sent with Siri

+  iMessage  🎤

1:58

116 97 St 1 Bedroom $2,250

I'm running late few minutes

Traffic

Me too. Stuck in traffic.

Sent with Siri

Ok

See u 6:20 pm

Sounds about right.

Sent with Siri

Wed, May 8 at 3:08 PM

Sorry, I can't talk right now.

Call. W

Me

iMessage

1:58

< 4

116 97 St 1 Bedroom $2,250 >

Wed, May 8 at 9:05 PM

$3500 starting June 1st?

Thu, May 9 at 2:56 PM

Hi

Are u available Sunday 1 pm

I have another client

Not available myself but my sister is.

Who do you have?

I have 2 clients coming available

To see it

Can you please arrange it 1 pm Sunday

+ iMessage

1:58 🔕





**116 97 St 1 Bedroom $2,250** ›

Sun, May 12 at 8:34 AM

Good morning

Confirmed today 1 pm

Sun, May 12 at 11:34 AM

You can pick up the keys from my sister's house. 9449 Ridge Blvd. When you finish, please bring back the keys. It's my only set.

Sent with Siri

K

Sun, May 12 at 2:56 PM

What happened?

They like it

I have another person later

 iMessage 

1:58

**116 97 St 1 Bedroom $2,250**

Sun, May 12 at 2:56 PM

What happened?

They like it

I have another person later

I'm showing

Good

What time?

5pm

Sun, May 12 at 5:20 PM

Just got home

How did it go?

This Cleint reschedule

iMessage

1:58

116 97 St 1 Bedroom $2,250

This Cleint reschedule

Keys?

Sun, May 12 at 8:48 PM

I'll be by you  20 min

L

I'm here

Come to garage

Ok

Mon, May 13 at 10:14 AM

Hi

Can I show today 5 pm

Yes, my sister Tania is

iMessage

1:58

4

116 97 St 1 Bedroom $2,250 >

Yes, my sister Tania is available

Ok

I'll meet her 5 pm there

At the apartment



Tue, May 14 at 2:29 PM

Call me please

**Frank DeSantis**
New Spirit Realty     FD     >

Drop off keys after you finish with your clients today.

iMessage



1:59

116 97 St 1 Bedroom $2,250 ›

Tue, May 14 at 2:29 PM

Call me please



Frank DeSantis
New Spirit Realty   FD   ›

Drop off keys after you finish with your clients today.

Wed, May 15 at 4:42 PM

Did you get the keys back?

Thu, May 16 at 10:56 AM

Good morning

I need the key

Call me

Thu, May 16 at 5:18 PM

   iMessage   

1:59 🔕





116 97 St 1 Bedroom $2,250 ›

Good morning

I need the key

Call me

Thu, May 16 at 5:18 PM

Are you confirmed for tonight's appointment?

Tomorrow

They rescheduled

Np

Mon, May 20 at 3:02 PM

When can I have the key

Tue, May 21 at 6:59 PM



    iMessage