# Wang Hecker LLP

305 Broadway, Suite 607
New York, NY 10007

Eric Hecker
212.620.2602 tel
212.620.2612 fax

ehecker@wanghecker.com

April 7, 2025

By ECF

Hon. Taryn A. Merkl
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Fair Housing Justice Center, Inc. et al. v. Juda Niayzov et al.*, 24-cv-04201

Dear Judge Merkl:

    This firm represents the Plaintiffs. I write jointly pursuant to Rule 3.A of Your Honor's Individual Rules to request a discovery conference in advance of a contemplated motion to compel the Niayzov Defendants to produce responsive documents and answer interrogatories. I attempted to cause Mr. DelCioppio to join me in this letter, but he has been completely unresponsive.

    Plaintiffs served the Niayzov Defendants with document demands and interrogatories in January. They still have not responded. On March 21, 2025, Mr. DelCioppio belatedly served a partial document production (without responses). I promptly expressed both appreciation for what was produced and concern about what was not. Among other things, the Niayzov Defendants have not produced numerous categories of emails, texts, and phone records that are central to the questions presented and especially crucial given (i) the insistence by Defendants Zhang, Zheng, and Weng that they supposedly have no documents whatsoever relating to the Caswell Avenue transaction and (ii) Defendant 202 Marine LLC's failure to produce crucial documents relating to the Marine Avenue transaction.

    I met and conferred by telephone with Mr. DelCioppio on March 21 and again on March 27. During those calls, Mr. DelCioppio assured me that additional document would be produced by Monday, March 31. I have heard nothing from him since. I left Mr. DelCioppio two voicemails last week and sent him follow-up emails on March 31, April 1, April 2, April 3, and April 4. He ignored all of those emails. I sent him a draft of this letter last week and asked him to draft his section, but he ignored that too.

Letter to Judge Merkl<br>
April 7, 2025<br>
Page 2 of 2

  Remedying the Niayzov Defendants' non-compliance with their discovery obligations is time-sensitive because Defendants Zhang and 202 Marine LLC have once again sought leave to move to dismiss, and the missing documents contain information that is centrally relevant to their liability.

  Perhaps the exercise of submitting this letter will cause Mr. DelCioppio to rethink his approach. If it does not, Plaintiffs respectfully request that the Court convene a discovery conference and, if necessary, allow Plaintiffs to move to compel.

  Finally, I note that I also have heard nothing from Mr. Kest, Mr. Sekas, or Mr. Luk since I requested leave to move to compel on April 1. None of them has provided any information whatsoever about the nature of the searches that were performed and/or that may now be being performed, and none of them has provided any timetable for completing their productions. Discovery is at a standstill.

         Respectfully submitted,

         Eric Hecker