# Christopher P DelCioppio

**From:** Christopher P DelCioppio
**Sent:** Monday, March 3, 2025 11:30 AM
**To:** Alla Ioffe
**Subject:** FW: Sacco & Fillas, LLP Case# 32941-24 | Fair Housing Justice Center, Inc., v. Niayzov, Juda DOA:
**Attachments:** Niayzov Invoice.pdf

Alla,

Is there anything about the invoice or the charges you'd like to discuss with me? We have discovery demands that need to be responded to and a court conference on the 6th this week. We will need to be paid before we can do this work.

Please let me know if you'd like to discuss the invoice. Otherwise, kindly remit payment as soon as possible. Unfortunately, we will have to withdraw as your counsel if we are not paid. Thank you.



**Christopher P. DelCioppio, Esq., Attorney**
31-19 Newtown Avenue
Seventh Floor
Astoria, New York 11102
www.saccofillas.com
(P) (718) 269-2220
(F) (718) 425-9843

The information contained in this message is intended only for the use of the individual or entity named above and may be privileged by law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail, permanently delete all copies of the original message and destroy any hard copies. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege. Nothing herein shall constitute an electronic signature unless specifically so designated. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by us for any loss or damage arising in any way from its use.

Please consider the environment before printing this e-mail.

**From:** Zafer Alasalvar <zalasalvar@saccofillas.com>
**Sent:** Monday, March 3, 2025 10:12 AM
**To:** Alla Ioffe <ioffealla@gmail.com>; lexusjake1@gmail.com
**Cc:** Christopher P DelCioppio <cpdelcioppio@saccofillas.com>; Luigi Brandimarte <lbrandimarte@saccofillas.com>
**Subject:** Sacco & Fillas, LLP Case# 32941-24 | Fair Housing Justice Center, Inc., v. Niayzov, Juda DOA:

Good morning Mr. Niayzov and Ms. Ioffe,

Attached please find the invoice statement. Kindly, please review and remit payment of ▮▮▮▮▮ for the legal services and expenses rendered on the account. Additionally, please make a payment of ▮▮▮▮▮ to replenish the account balance. If you have any questions or concerns please do not hesitate to reach out to me or Mr. DelCioppio.

1

We accept payment via check, credit card or wire. Attached you will find credit card authorization form and below is the wire instruction to our account.

Wire Instructions
Sacco & Fillas, LLP
31-19 Newtown Avenue
Astoria, NY 11102

Bank
█████████████
Astoria, NY 11102

Account - █████████
Swift code - ██████████

If you wish to Zelle Payment please add Sacco & Fillas, LLP phone number █████████

If you have any questions or concerns please don't hesitate to reach out to me anytime.

Thank you,
By: Zafer Alasalvar
Commercial Litigation Paralegal
*Sacco & Fillas, LLP*
31-19 Newtown Avenue
Third Floor
Astoria, New York 11102
D: 718-269-1668
www.saccofillas.com
Email: zalasalvar@saccofillas.com