# Christopher P DelCioppio

| | |
|---|---|
| **From:** | Christopher P DelCioppio |
| **Sent:** | Monday, April 7, 2025 7:54 AM |
| **To:** | Alla Ioffe; lexusjake1 |
| **Subject:** | FW: Invoice |
| **Attachments:** | Cover letter and invoice statement.pdf |
| **Categories:** | Attached to SA |

Mr. Niayzov and Ms. Ioffe,

Following up on the below. Unfortunately, we will need to move to withdraw as your counsel if we do not receive payment. I will be in court this morning but available to speak this afternoon if you'd like. Thank you.



**Christopher P. DelCioppio, Esq.,
Attorney**
31-19 Newtown Avenue
Seventh Floor
Astoria, New York 11102
www.saccofillas.com
(P) (718) 269-2220
(F) (718) 425-9843

*The information contained in this message is intended only for the use of the individual or entity named above and may be privileged by law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail, permanently delete all copies of the original message and destroy any hard copies. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege. Nothing herein shall constitute an electronic signature unless specifically so designated. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by us for any loss or damage arising in any way from its use.*

Please consider the environment before printing this e-mail.

**From:** Christopher P DelCioppio
**Sent:** Monday, March 31, 2025 10:53 AM
**To:** Alla Ioffe <ioffealla@gmail.com>; lexusjake1@gmail.com
**Cc:** Luigi Brandimarte <lbrandimarte@saccofillas.com>; Zafer Alasalvar <zalasalvar@saccofillas.com>
**Subject:** Invoice

Mr. Niayzov and Ms. Ioffe,

Please see the attached invoice. Kindly remit payment by April 7, 2025. Thank you.



**Christopher P. DelCioppio, Esq.,**
**Attorney**
31-19 Newtown Avenue
Seventh Floor
Astoria, New York 11102
www.saccofillas.com
(P) (718) 269-2220
(F) (718) 425-9843

*The information contained in this message is intended only for the use of the individual or entity named above and may be privileged by law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by reply e-mail, permanently delete all copies of the original message and destroy any hard copies. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege. Nothing herein shall constitute an electronic signature unless specifically so designated. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by us for any loss or damage arising in any way from its use.*

Please consider the environment before printing this e-mail.