

We checked again. I don't hi k we have any thing more than we already provided.

In connection with Zhang.

Thursday 5:25 PM

Hi Alla. Are and Juda free to talk tomorrow afternoon? We need to discuss our bill. I hadn't heard back from my last email. The case is picking up but we will need to be paid in order to continue representing you.

Unfortunately if we aren't paid we will have to move to be relieved as your counsel.

Hi Chris. We are away visiting family for Passover I won't be back until the 22nd. When can we speak

Tomorrow at 4:00?

Sure. Can you call me please I get busy with the kids when I'm not working and I can forget to call you

