**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X

FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY
FELIX; BIANCA JONES; and ROSLYN
SEALE,

                    *Plaintiffs*,

          -against-

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN
JIN ZHANG; and REMAX EDGE REALTY,
LLC,

                    *Defendants*.

---------------------------------------------------------------------- X

**Case No.: 1:24-cv-04201**

**<u>NOTICE OF MOTION</u>**

     **PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Spencer A Richards, Esq., the exhibits annexed thereto, the accompanying Memorandum of Law, and upon all prior pleadings and proceedings had herein, Defendants XIAN JIN ZHANG and WOMCORE LLC d/b/a REMAX EDGE, by their attorneys, FURMAN KORNFELD & BRENNAN LLP, will move this Court at the Courthouse located at 225 Cadman Plaza E., Brooklyn, NY 11201, at the date and time determined by the Court, for an Order to dismiss the Complaint of Plaintiffs FAIR HOUSING JUSTICE CENTER, INC., PATRICIA DELONE-FELIX, STANLEY FELIX, BIANCA JONES, and ROSLYN SEALE pursuant to Fed. R. Civ. P.  ("FRCP") § 12(b)(6), and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
      April 23, 2025

                              FURMAN KORNFELD & BRENNAN LLP

                    By:    _/s/ Spencer A. Richards_____
                           Spencer A. Richards, Esq.

Asher Kest, Esq.
*Attorneys for Defendants*
*Womcore LLC d/b/a Remax Edge*
*and Xian Jin Zhang*
88 Pine St., 32nd Floor
New York, New York 10005
Tel:    (212) 867-4100
FKB File No.: 302.175