UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY
FELIX; BIANCA JONES; and ROSLYN
SEALE,

    Index No. 24 Civ. 4201

                      Plaintiffs,      **AFFIDAVIT**

   -against-

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN
JIN ZHANG; and REMAX EDGE REALTY, LLC,

                      Defendants.
-------------------------------------------------------------------X

STATE OF NEW YORK    )
COUNTY OF QUEENS     )

      Christopher P. DelCioppio, an attorney duly admitted to practice law before this Court, hereby declares under the penalty of perjury:

    1.    I am counsel for Defendants JUDA NIAYZOV, ALEVTINA IOFFE, EXCLUSIVE PROPERTIES REALTY, INC (the "Niayzov Defendants") in this matter, and I am fully familiar with the facts herein. I submit this affidavit pursuant to an order from the court.

    2.    On May 7, 2025, I emailed to Defendants JUDA NIAYZOV, ALEVTINA IOFFE, EXCLUSIVE PROPERTIES REALTY, INC. a copy of the Minute Entry and Order dated April 24, 2025.

    3.    The email is included with this affidavit as Exhibit "A."

                                                  _/s/ Christopher P. DelCioppio_
                                                  Christopher P. DelCioppio, Esq.

Sworn to before me this
7th day of May, 2025

_/s/_
NOTARY PUBLIC

JULIE AKHUNOVA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AK6110104
Qualified in Queens County
Commission Expires August 18, 2028