# SEKAS LAW GROUP, L.L.C.

### ATTORNEYS AT LAW

**Nicholas G. Sekas** *ø*
Giancarlo Ghione# +
Michael T. Halkias o+
Dae-Ki Min *ø+*
Saverio Cereste *ø+*
Paul Faugno *ø+×*

× **Certified Civil Trial Attorney of
the Superior Court of New Jersey**
+ **Of Counsel**
_____

Retired Judge Walter F. Skrod+

530 Sylvan Avenue, Suite 201
Englewood Cliffs, NJ 07632
201.816.1333
Facsimile 201.816.1522

www.sekaslaw.com

515 Madison Avenue, 6th FL
New York, NY 10022
212.695.7577
Facsimile 212.753.386

345 Centre Street, Suite 1
Nutley, NJ 07110
973.667.3399
Facsimile 973.235.1575

*Members are admitted to:*
# *NJ Bar*
\* *NY Bars*
⬧ *NY & CT Bars*
o *NJ & NY Bars*
ø *NJ & PA Bars*

May 12, 2025

**By ECF**
Hon. LaShann DeArcy Hall
United State District Court, Eastern District, NY
225 Cadman Plaza East
Brooklyn, New York   11201

> **Re: 202 Marine, LLC advs. Fair Housing Justice Center
> 24-cv-04201**

Dear Judge Merkl:

As Your Honor may know, we represent the Defendant 202 Marine LLC in the above referenced matter.  Please be advised that Defendant 202 Marine LLC's reply to Plaintiff's Opposition to Defendant's Motion to Dismiss is due on May 14, 2025 as per your order dater April 10, 2025.

Due to a personal illness I am respectfully requesting a brief extension of time of Defendant's reply from May 14, 2025 to May 19, 2025, we have requested the consent of our adversary, however, his response was as follows:
**" Nick, your motion is frivolous.  You should withdraw it.  We take no position on your application for an extension."**  There were no other extension requests.

We thank Your Honor for your time and attention to this matter, and I will be happy to discuss anything that requires further clarification.

Respectfully submitted,
**Attorney for 202 Marine, LLC**


***/s/Nicholas G. Sekas***_____
Nicholas G. Sekas, Esq.

1