

May 5, 2025

**31-19 Newtown Avenue**
**Seventh Floor**
**Astoria, NY 11102**

Tel: 718 746-3440
Direct: 718 269-1668
Direct Fax: 718 425-9625

Zalasalvar@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
_____

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz
_____

Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Alex Diaz
Christopher DelCioppio*
Kurt A. Doiron
Jennifer A. Fleming
Ronald Groman
Madeline Howard
Zachary S. Kaplan
James Y. Kim*
Eric Y. Kim*
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Leopold Raic
Phillip R. Reid*
Bryan Schenkman
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
Clifford R. Tucker*
William W. Wallis*
Michael S. Warycha
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

Via Email to: ioffealla@gmail.com
Via Email to: lexusjake1@gmail.com

Exclusive Properties Realty, Inc.
c/o Juda Niayzov
c/o Alevtina Ioffe
16 Duffield Drive
Ocean, New Jersey 07712

Re:   Fair Housing Justice Center, Inc. v. Juda Niayzov, et al.
       New York Eastern District Court; Docket No. 24-cv-4201
       Our File No. 32941-24

Dear Mr. Niayzov and Ms. Ioffe,

Enclosed please find the invoice statement. Kindly, please review the invoice statement and make a payment of **$12,231.90** for the expenses rendered on your account at your earliest convenience.

Please make check payable to "Sacco & Fillas, LLP" and send the payment to the following address:

**Sacco & Fillas, LLP**
**Att: Zafer Alasalvar / Luigi Brandimarte**
**31-19 Newtown Avenue**
**Third Floor**
**Astoria, NY 11102**

If you wish to make Zelle Payment please add Sacco & Fillas, LLP phone number 929-204-1028. If you have any questions or concerns, please don't hesitate to reach out to me anytime.

**SACCO & FILLAS, LLP**

/s/ Zafer Alasalvar
Zafer Alasalvar, Paralegal
31-19 Newtown Avenue, 3rd Fl.
Astoria, New York 11102
Email: Zalasalvar@saccofillas.com
Direct: 718-269-1668

---

**Main Office:**
31-19 Newtown Avenue
Seventh Floor
Astoria, New York 11102

**Bayside Office:**
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**Manhattan Office:**
32 Broadway
Suite 1818
New York, NY 10004

**New Jersey Office:**
2160 North Central Road
Suite 100-3
Fort Lee, NJ 07024

**SACCO & FILLAS, LLP**
31-19 Newtown Avenue, 7th Fl.
Astoria, New York 11102
(718) 746-3440  •  *Fax*  (718) 732-2409  •  *E-mail*  lbrandimarte@saccofillas.com



# STATEMENT

**PRIVILEGED & CONFIDENTIAL**

Juda Niayzov
Alevtina Ioffe
16 Duffield Drive
Ocean, NJ   07712

Account No.      Niayzo.32941
RE:  Fair Housing Justice Center, Inc.; S&F File No. 32941-2

Statement Date: 05/05/2025
Statement No.         11021
Page No.                   1

*Payments received after 05/05/2025 are* not *included on this statement.*

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | | Previous Balance | | | $10,204.14 |
| | | **Fees** | | | |
| 04/24/2025 | CPD | Attend conference in EDNY (including travel time) | 450.00 | 4.00 | 1,800.00 |
| | CPD | Phone call with clients in preparation for conference | 450.00 | 0.50 | 225.00 |
| 04/25/2025 | CPD | Discuss 4/24 court appearance with LB | | 0.20 | n/c |
| | CPD | Update file re: court appearance | | 0.50 | n/c |
| 04/30/2025 | CPD | Update file with emails containing discovery responses | | 0.10 | n/c |
| | CP2 | Scanned/Upload Plaintiffs Responses and Objections to the Demand for Documents and Interrogatories Dated March 19, 2025 Served by Defendants Zhang and Remax; Plaintiff's Responses and Objections to Defendants Niayzov, Ioffe, and Exclusive Properties Realty, Inc. Combined Discovery Demands; Plaintiffs Responses and Objections to Defendants Zheng and Wengs Combined Documents Requests; and Plaintiffs Responses and Objections to the Undated Document Requests and Interrogatories that Counsel for Defendant 202 Marine LLC Emailed to Plaintiff's Counsel on March 12, 2025 | | 0.30 | n/c |
| 05/05/2025 | CP2 | Received/Upload/Calendared Notice of Depositions for Yu Li Weng, Nicholas Sekas and Xian Jin Zhang | | 0.30 | n/c |
| | | For Current Services Rendered | | 4.50 | 2,025.00 |
| | | Total Non-billable Hours | | 1.80 | |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 04/24/2024 | Postage | 0.69 |
| 04/24/2024 | Postage | 0.69 |
| 04/24/2024 | Postage | 0.69 |
| 04/24/2024 | Postage | 0.69 |
| | Total Expenses | 2.76 |

To ensure proper credit, please include account number and statement date on remittance checks.  Thank you.

Juda Niayzov
Account No.   Niayzo.329
RE:  Fair Housing Justice Center, Inc.; S

Statement Date: 05/05/2025
Statement No.         11021
Page No.                   2

| | |
|---|---:|
| Total Current Work | 2,027.76 |
| Balance Due | <u>$12,231.90</u> |

### Aged Due Amounts

| <u>0-30</u> | <u>31-60</u> | <u>61-90</u> | <u>91-120</u> | <u>121-180</u> | <u>181+</u> |
|---|---|---|---|---|---|
| 5,987.76 | 6,244.14 | 0.00 | 0.00 | 0.00 | 0.00 |

### Billing History

| <u>Fees</u> | <u>Expenses</u> | <u>Advances</u> | <u>Finance Charge</u> | <u>Payments</u> |
|---|---|---|---|---|
| 27,225.00 | 6.90 | 0.00 | 0.00 | 15,000.00 |