

Hi. Are you going to call to we can speak?

Thu, Apr 24 at 1:50 PM

Hi Chris. We are here outside

Ok. I'm here too. Please meet me outside courtroom 13D south

Are you guys ok?

Monday 1:59 PM

Hi Chris. Can we talk today please? I believe we have to give you text messages by tomorrow

Yesterday 11:00 AM

Hey Alla. I'm sitting in court so can't talk on the phone, but I wanted to check in on the invoice. Do you anticipate being able to pay soon?

Read Yesterday

Today 12:27 PM

Alla could we speak on Sunday afternoon?

Delivered

iMessage