UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.,
PATRICIA DELONE-FELIX, STANLEY
FELIX, BIANCA JONES, and ROSLYN
SEALE,

                  Plaintiffs,

      -against-

JUDA NIAYZOV, ALEVTINE IOFFE,
EXCLUSIVE PROPERTIES REALTY, INC,
NDERIM DEMIROVIC, 202 MARINE LLC,
JIN ZHANG, and REMAX EDGE REALTY,
LLC,

                  Defendants.
--------------------------------------------------------X

Index No. 24-cv-4201

ANSWER TO THIRD
AMENDED COMPLAINT

Answering Defendant NDERIM DEMIROVIC, by his attorneys Jeffrey W. Toback,

P.C., interposes the following as and for his Answer to the Third Amended Complaint and

Jury Demand, as follows:

1. Answering Defendant denies or lacks information sufficient to form a belief as to the

allegations contained in paragraphs "1", "2", "3", "4', "5", "6", "12", "13", "14",

"15", " 16", "17", "18", "19", "20", "21", "22", "23", "25", "26", "27", "28", "29",

"30", "31", "32", "33", "34", "35", "36", "37", "38", "39", "40", "41", "42", "43",

"44", "45", "46", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56", "57",

"58", "59", "60", "61", "62", "63", "64", "65", "66", "67", "68", "69", "70", "71",

"72", "73", "74", "75", "76", "77", "78", "79", "80", "81", "82", "83", "84", "85",

"87", "88", "89", "90", "91", "92", "93", "94", "95", "96", "97", "98", "99", "100",

"101", "102", "103", "104", "105", "106", "107", "108", "109", "110", "111", "112",

"113", "114", "115", "116", "117", "118", "119", "120", "121", "122", "123", "124",

"125", "126", "127", "127", "129", "130", "131", "132", "133", "134", "135", "136",

"137", "138", "139", "140", "141", "142", "143", "144", "145", "146", "147", "148",

"149", "150", "151", "152", "153", "159", "160", "161", "162", "163", "164", "165", "166", "167", "168", "169', "170"0, "171", "172", "173", "174", "175", "176", "177", "178", "179", "180", "181", "182", "187", "188", "189", "190", "191", "192", "193", "194", "195", "196", "197", "198", "199", "200", "201", "202", "203", "204", "205", "206", "207", "210", "211", "212", "213", "214", "215", "216", "218", "219", "223", "224", "225", "228", "229", "231", "232", "233", "234", "235", "239", "240", "244", "245",  "248", "249", "260", "263", "264", "265", "268", "269",  "272", "273", "274", "283", "284", "285", "288", "289", "292", "293", "294", and "300".

2. Answering Defendant denies or lacks information sufficient to form a belief as to the allegations contained in paragraph "7" pertain to him.

3. Answering Defendant denies the allegations contained in paragraph "24"; except that pertaining to his pedigree information and the ownership of 2732 East 65th Street, Brooklyn property.

4. Answering Defendant denies the allegations contained in paragraphs "183", "184", "185", "186", ; except that pertaining to his pedigree information and the ownership of 2732 East 65th Street, Brooklyn property.

5. Answering Defendant denies the allegations contained in paragraphs "221", and "222".

6. Answering Defendant denies the allegations contained in paragraphs "225", "227", "230", "242",  "246", "247", "250", "251", "252", "253", "254", "255",  "256", "257", "258", "259"  "266", "270", "271", "275", "276", "277", "278", "279", "280", "290", "291", "295", "296", "297", "298", "299", as they pertain to him.

7. Answering Defendant denies the allegations contained in paragraphs "267", "286", and "287".

## RESERVATION OF RIGHTS

The Answering Defendant reserves the right to amend or supplement this Answer, including adding affirmative defenses as discovery proceeds.

WHEREFORE, Answering Defendant demands judgment dismissing the Plaintiffs' Complaint in its entirety, together with such other and further relief as the Court may deem just and proper.

Dated: May 16, 2025
     Nassau County, NY

                              Jeffrey Toback
                              Jeffrey W. Toback, P.C.
                              Attorneys for Defendant
                              NDERIM DEMIROVIC
                              48 Dalton Street
                              Long Beach, NY 11561
                              516-644-1558
                              jefftoback@gmail.com

To: ECF