Nicholas G. Sekas, Esq.
**SEKAS LAW GROUP, LLC**
515 Madison Ave, Suite 1
New York, NY 10022
(201) 816-1333
*Attorneys for Defendant, 202 Marine, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIR HOUSING JUSTICE CENTER, INC.; PATRICIA DELEONE-FELIX; STANLEY FELIX; BIANCA JONES; AND ROSLYN SEALE<br><br>    Plaintiff,<br><br>v.<br><br>JUDA NIAYZOV; ALEVTINA IOFFE; EXCLUSIVE PROPERTIES REALTY, INC.; NDERIM DEMIROVIC; 202 MARINE LLC; XUEQIANG ZHENG; YU LI WENG; XIAN JIN ZHANG; and REMAX EDGE REALTY, LLC,<br><br>    Defendants. | **CIVIL ACTION NO. 1:24-CV-04201**<br><br>**AMENDED NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant 202 Marine, LLC in the above captioned action. Sekas Law Group represents **only** defendant 202 Marine, LLC.

1

Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below and cause any future Notice of Electronic Filing in the above-captioned matter to be sent through CM/ECF System.

Dated: May 29, 2025

*/s/Nicholas Sekas*

Nicholas G. Sekas, ESQ.

*Substituting Counsel*

SEKAS LAW GROUP, LLC

515 Madison Ave, Suite 1

New York, NY 10022

Email: NSekas@Sekaslaw.com

Phone: 201-816-1333

Fax: 201-816-1522