# SEKAS LAW GROUP, L.L.C.

### ATTORNEYS AT LAW

**Nicholas G. Sekas** *ᵒ*
Giancarlo Ghione# +
Michael T. Halkias o+
Dae-Ki Min *ᵒ+*
Saverio Cereste *ᵒ+*
Paul Faugno *ᵒ+×*

× **Certified Civil Trial Attorney of
the Superior Court of New Jersey**
+ **Of Counsel**
_____

Retired Judge Walter F. Skrod+

530 Sylvan Avenue, Suite 201
Englewood Cliffs, NJ 07632
201.816.1333
Facsimile 201.816.1522

www.sekaslaw.com

515 Madison Avenue, 6ᵗʰ FL
New York, NY 10022
212.695.7577
Facsimile 212.753.386

345 Centre Street, Suite 1
Nutley, NJ 07110
973.667.3399
Facsimile 973.235.1575

*Members are admitted to:*
*# NJ Bar*
*\* NY Bars*
*⬩ NY & CT Bars*
*o NJ & NY Bars*
*ø NJ & PA Bars*

May 29, 2025

**By ECF**
Hon. Taryn A. Merkl
United State District Court, Eastern District, NY
225 Cadman Plaza East
Brooklyn, New York   11201

> **Re:  202 Marine, LLC advs. Fair Housing Justice Center
>        24-cv-04201**

Dear Judge Merkl:

This firm represents the Defendant, 202 Marine, LLC.  I am writing this letter pursuant to your directive to file a corrected Notice of Appearance to update and clarify the prior Notices of Appearance filed by our offices and predecessor counsel Mr. Mallon.

On two prior occasions our office filed a Notice of Appearance and the last, on or about December 13, 2024, see attached removing Kevin Mallon, Esq. and substituting myself as Counsel of record.  In fact, as per the attached NOA, it specifically indicated that our firm represented 202 Marine, LLC only and today we attempted to file another Amended NOA, but it was rejected as "previously filed" so we submitted as Letter to the Court.  I contacted your Chambers to advise and was directed to the Clerk, which did not respond to a lengthy call, so we filed the 3ʳᵈ "Notice of Appearance" by a letter to clarify and attempt to comply with the Court's ruling, to avoid any Sanctions, see attached Amended NOA.

Respectfully submitted,
Attorney for 202 Marine, LLC

*Nicholas G. Sekas*_____
Nicholas G. Sekas, Esq.

Nicholas G. Sekas, Esq.

**SEKAS LAW GROUP, LLC**
515 Madison Ave, Suite 1
New York, NY 10022
(201) 816-1333
*Attorneys for Defendant, 202 Marine, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FAIR HOUSING JUSTICE CENTER, INC.; PATRICIA DELEONE-FELIX; STANLEY FELIX; BIANCA JONES; AND ROSLYN SEALE<br><br>Plaintiff,<br><br>v.<br><br>JUDA NIAYZOV; ALEVTINA IOFFE; EXCLUSIVE PROPERTIES REALTY, INC.; NDERIM DEMIROVIC; 202 MARINE LLC; XUEQIANG ZHENG; YU LI WENG; XIAN JIN ZHANG; and REMAX EDGE REALTY, LLC,<br><br>Defendants. | **CIVIL ACTION NO. 1:24-CV-04201**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance

as counsel for Defendant 202 Marine, LLC in the above captioned action as prior

counsel, Kevin Mallon, has since left the Sekas Law Group.

2

Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below and cause any future Notice of Electronic Filing in the above-captioned matter to be sent through CM/ECF System.

Dated: December 13, 2024

*/s/Nicholas Sekas*

Nicholas G. Sekas, ESQ.
*Substituting Counsel*
SEKAS LAW GROUP, LLC
515 Madison Ave, Suite 1
New York, NY 10022
Email: NSekas@Sekaslaw.com
Phone: 201-816-1333
Fax: 201-816-1522

Nicholas G. Sekas, Esq.
**SEKAS LAW GROUP, LLC**
515 Madison Ave, Suite 1
New York, NY 10022
(201) 816-1333
*Attorneys for Defendant, 202 Marine, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIR HOUSING JUSTICE CENTER, INC.; PATRICIA DELEONE-FELIX; STANLEY FELIX; BIANCA JONES; AND ROSLYN SEALE<br><br>Plaintiff,<br><br>v.<br><br>JUDA NIAYZOV; ALEVTINA IOFFE; EXCLUSIVE PROPERTIES REALTY, INC.; NDERIM DEMIROVIC; 202 MARINE LLC; XUEQIANG ZHENG; YU LI WENG; XIAN JIN ZHANG; and REMAX EDGE REALTY, LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:24-CV-04201<br><br>**2nd AMENDED NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance

as counsel for Defendant 202 Marine, LLC in the above captioned action. Sekas Law

Group represents **only** defendant 202 Marine, LLC.

4

Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below and cause any future Notice of Electronic Filing in the above-captioned matter to be sent through CM/ECF System.

Dated: May 29, 2025                                    /s/ *Nicholas Sekas*

Nicholas G. Sekas, ESQ.
*Substituting Counsel*
SEKAS LAW GROUP, LLC
515 Madison Ave, Suite 1
New York, NY 10022
Email: NSekas@Sekaslaw.com
Phone: 201-816-1333
Fax: 201-816-1522