UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY
FELIX; BIANCA JONES; and ROSLYN
SEALE,

                            24 Civ. 4201 (LDH) (TAM)

               Plaintiffs,

      v.

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN
JIN ZHANG; and REMAX EDGE REALTY,
LLC,

               Defendants.
----------------------------------------------------------X

          PLEASE TAKE NOTICE that Heather Gregorio of Wang Hecker LLP

hereby appears as counsel for Plaintiffs in the above-entitled action and requests that all filings

and correspondence be served as follows:

               Heather Gregorio
               Wang Hecker LLP
               111 Broadway, Suite 1406
               New York, New York 10006
               (212) 620-2608 (phone)
               (212) 620-2610 (fax)
               hgregorio@wanghecker.com

Dated: New York, New York
      May 30, 2025

               WANG HECKER LLP

               By:  /s/ Heather Gregorio
                   Heather Gregorio
               111 Broadway, Suite 1406
               New York, New York 10006
               (212) 620-2608
               *Attorneys for Plaintiffs*

To:    All Counsel of Record by ECF