UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------

Fair Housing Justice Center,
Inc. et al.                        Plaintiff,

Case No. 24-cv-4201 (LDH) (TAM)

-against-

Juda Niayzov et al.

Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]    I have cases pending          [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Mariann Meier Wang
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MW 7417          My State Bar Number is 2812311

I am,

[✓]    An attorney

[ ]    A Government Agency attorney

[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:      FIRM NAME: Wang Hecker LLP
               FIRM ADDRESS: 305 Broadway, Suite 607, New York, NY 10007
               FIRM TELEPHONE NUMBER: 212-620-2603
               FIRM FAX NUMBER: 212-620-2610

NEW FIRM:      FIRM NAME: Wang Hecker LLP
               FIRM ADDRESS: 111 Broadway, Suite 1406, New York, NY 10006
               FIRM TELEPHONE NUMBER: 212-620-2603
               FIRM FAX NUMBER: 212-620-2610

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
       was entered on _____ by Judge_____.

Dated: 5/30/2025                       s/ Mariann Meier Wang
                                       ATTORNEY'S SIGNATURE