UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------

Fair Housing Justice Center, Inc. et al.

Plaintiff,

-against-

Juda Niayzov et al.

Defendant.

-------------------------------------------------------

Case No. 24-cv-4201 (LDH) (TAM)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Eric Hecker
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EH 0989          My State Bar Number is 2929750

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Wang Hecker LLP
             FIRM ADDRESS: 305 Broadway, Suite 607, New York, NY 10007
             FIRM TELEPHONE NUMBER: 212-620-2602
             FIRM FAX NUMBER: 212-620-2610

NEW FIRM:    FIRM NAME: Wang Hecker LLP
             FIRM ADDRESS: 111 Broadway, Suite 1406, New York, NY 10006
             FIRM TELEPHONE NUMBER: 212-620-2602
             FIRM FAX NUMBER: 212-620-2610

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 5/30/2025

s/ Eric Hecker
ATTORNEY'S SIGNATURE