UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY;                         Case No.:  1:24-cv-04201-
FELIX; BIANCA JONES; and ROSLYN                                    LDH-SJB
SEALE,

                                Plaintiff,

                            – against –

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN
JIN ZHANG; and REMAX EDGE REALTY,
LLC,
                                Defendants.
-----------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Sarah Igarashi, Esq., of Furman Kornfeld & Brennan LLP,

hereby appears as an attorney of record for Defendants XIAN JIN ZANG and REMAX EDGE

REALTY LLC in the above-captioned matter. Undersigned counsel hereby certifies that she is

admitted to practice in this Court.

Dated: June 4, 2025
        New York, New York


                                        **FURMAN KORNFELD & BRENNAN LLP**

                            By:    */s/ Sarah Igarashi*
                                   Sarah Igarashi, Esq.
                                   *Attorneys for Defendants*
                                   XIAN JIN ZHANG and
                                   REMAX EDGE REALTY KKC
                                   88 Pine Street, 32nd Floor
                                   New York, NY 10005
                                   T:      (212) 867-4100
                                   F:      (212) 867-4118
                                   Email: <sigarashi@fkblaw.com>

TO: *All Parties via ECF*