UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------

FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY
FELIX; BIANCA JONES; and ROSLYN
SEALE,

Case No. 1:24-cv-04201

Plaintiffs,

DECLARATION OF XIAN
JIN ZHANG

- against -

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN
JIN ZHANG; and REMAX EDGE REALTY,
LLC,

Defendants.

--------------------------------------------------------------------------

STATE OF NEW YORK      )
                                        :ss:
COUNTY OF NEW YORK   )

XIAN JIN ZHANG, being duly sworn, deposes and says:

1.      I am an independent contractor with Womcore LLC d/b/a RE/MAX Edge, and am a licensed real estate agent in the state of New York.

2.      This declaration is submitted in opposition to Plaintiff's Motion for Rule 11 Sanctions filed on June 3, 2025.

3.      I acted as the buyer's broker with respect to the original purchase of 581 West Caswell Ave, Staten Island, NY 10314 (the "Property"). After that, I did not have a contractual relationship with the owners of the Property.

4.      With respect to the owners search for tenants for Property, I believed my sole role was to act as a translator for the owners and their real estate rental broker, Juda Niyazov.

-1-

5.      I did not receive payment from the owners of 581 West Caswell for their search for rental tenants.

6.      I did not receive any rental broker's fee with respect to the search for tenants of 581 West Caswell.

7.      Text messages provided in discovery in this action between myself and co-defendant Juda Niayzov in this action are true and correct copies of their originals. These messages were initially unavailable to me, since I mistakenly believed that they were on a prepaid no-contract SIM card device, but later I learned that I was mistaken could retrieve them through my T-Mobile account due to the fact that I replaced the cell phone that the text messages were sent on, well before this litigation was initiated.

_____
                                    XIAN JIN ZHANG

Sworn to before me

This **13** day of June 2025

YU HUI YAN
Notary Public, State of New York
No. 01YA5025830
Qualified in Kings County
Commission Expires April 04, 20**26**

_____
            NOTARY PUBLIC

-2-