# Wang Hecker LLP

111 Broadway, Suite 1406
New York, NY 10006

Eric Hecker
212.620.2602 TEL
212.620.2612 FAX

ehecker@wanghecker.com

July 30, 2025

<u>By ECF</u>

Hon. Taryn A. Merkl
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Fair Housing Justice Center, Inc. et al. v. Niayzov et al.*, 24-cv-04201

Dear Judge Merkl:

    This firm represents the Plaintiffs. As indicated in my July 27, 2025 email to the Court, I respectfully disagree with the comments that Ms. Ioffe made in her prior email and then again in her letter dated July 28, 2025. No discovery stay is warranted, and her application should be denied.

    With that said, all counsel have now agreed that we have completed "Phase I" discovery – that is, the discovery counsel believes is necessary to facilitate a meaningful resolution discussion. All parties reserve the right to continue with "Phase II" discovery if forthcoming resolution discussions are unsuccessful, including by engaging in further document discovery, finishing depositions that were left open, and taking additional depositions of parties and non-parties as may be necessary to prepare for trial. But all counsel agree that now is the right time to stand down temporarily and schedule a settlement conference.

    All counsel therefore jointly request that the Court provide possible dates for a settlement conference in the near future. Because there are five sets of attorneys and many parties who need to participate, we request that the Court provide us with as many possible dates in September and October as the Court has available, toward the goal of identifying a date that works for everyone as soon as possible.

                                Respectfully submitted,

                                Eric Hecker

cc:    All Counsel of Record (by ECF)
        Alevtina Ioffe and Judah Niayzov (by email)
        Emanuel Kataev, Esl. (by email)