# Wang Hecker llp

111 Broadway, Suite 1406
New York, NY 10007

Eric Hecker
212.620.2600
ehecker@wanghecker.com

August 7, 2025

By ECF
Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:     *Fair Housing Justice Center, Inc. et al. v. Juda Niayzov et al.,*
> 24-cv-04201

Dear Judge Merkl:

I represent the Plaintiffs in this case.  I write pursuant to the Court's August 1, 2025 Order directing the parties to meet and confer to discuss potential dates and to file a joint letter no later than today proposing three to five mutually agreeable dates for a settlement conference.

There are approximately 20 people who have been directed to attend the settlement conference in person (five Plaintiffs plus their counsel; Zhang, Remax Edge, its insurer, and their counsel); Zheng, Weng, and their counsel; 202 Marine's principal and his counsel; Demerovic and his counsel; and Mr. Niayzov and Ms. Ioffe).  We looked carefully at every business day from early September through November 15, 2025, and the only dates that we identified that work for nearly everyone are September 29 and September 30.  Two of the Plaintiffs, Ms. Delone-Felix and Ms. Jones, cannot appear in person on either of those days – though Ms. Delone-Felix can appear by telephone, and her husband, who also is a Plaintiff, can appear in person; and Ms. Jones, an FHJC tester, also can be available by telephone, and an FHJC official can appear in person.

We hope that the Court has availability on September 29 or 30 and, if so, that it would be acceptable for Ms. Delone-Felix and Ms. Jones to appear by telephone.

Respectfully submitted,

Eric Hecker