# Wang Hecker llp

111 Broadway, Suite 1406
New York, NY 10007

**Eric Hecker**
212.620.2600
ehecker@wanghecker.com

August 15, 2025

By ECF

Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Fair Housing Justice Center, Inc. et al. v. Juda Niayzov et al.,*
     24-cv-04201

Dear Judge Merkl:

   I represent the Plaintiffs in this case.  I write jointly with defense counsel in response to the Court's August 1, 2025 Order.

   Unfortunately, the Court's directive that we identify dates on which "each individual client . . . must personally appear" makes it impossible to comply with the Order.  For one thing, Ms. Weng and Mr. Zheng live in North Carolina, and they cannot both travel to New York at the same time due to child care responsibilities.  That issue alone makes it impossible to comply with the Order.  Similarly, Ms. Delone-Felix and Mr. Felix both work full-time and have a newborn, and it would be very difficult for them both to appear in person at the same time.

   With that said, if the in-person requirement can be relaxed only modestly, we can make this work.  Ms. Weng can travel to New York with full authority from Mr. Zheng, who can be available by phone.  Either Ms. Delone-Felix or Mr. Felix can appear in person, with full authority from the other, who can be available by phone.  Each other Defendant can appear in person (in the case of Remax Edge and 202 Marine LLC, through a corporate official).  The insurance adjuster can appear in person, as can at least one FHJC official, and the two FHJC testers can be available by phone.  And each party (with the possible exception of Mr. Niayzov, Mr. Ioffe, and Exclusive Properties) will be represented by counsel who will appear in person.

   If these modestly relaxed requirements are acceptable to the Court, then the following dates work for all parties:  December 4, 9, 10, 16, 17, and 18.

Letter to Judge Merkl
August 15, 2025
Page 2 of 2

Thank you for your consideration of this letter.

Respectfully submitted,

Eric Hecker