✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ New York

Fair Housing Justice Center, Inc., et al.

Plaintiff (s),

V.

Niayzov et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-cv-04201-LDH-TAM

Notice is hereby given that, subject to approval by the court, Xian Jin Zhang _____ substitutes

(Party (s) Name)

Lindsey Blackwell _____ , State Bar No. 5311634 _____ as counsel of record in

(Name of New Attorney)

place of  Spencer Alvin Richards III, Asher Kest, Sarah Mari Igarashi, and Furman Kornfeld & Brennan LLP _____ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: GORDON REES SCULLY MANSUKHANI, LLP

Address: 1 BATTERY PARK PLZ, FL 28, NEW YORK, NY 10004

Telephone: (212) 453-0719  Facsimile _____

E-Mail (Optional): lblackwell@grsm.com

I consent to the above substitution.

Date: October 24, 2025

Signed by:

*Xian Jin (Jimmy) Zhang*
38C9861A8FAD4EF...
(Signature of Party (s))

I consent to being substituted.

Date: 10/22/2025

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/20/2025

/s/ Lindsey Blackwell

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**