AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Eastern_____    **District of**    _____New York_____

| | |
|---|---|
| Fair Housing Justice Center, Inc., et al.<br>Plaintiff (s),<br><br>V.<br><br>Niayzov et al.<br>Defendant (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY**<br><br>**CASE NUMBER:** 1:24-cv-04201-LDH-TAM |

Notice is hereby given that, subject to approval by the court, __Xian Jin Zhang__ substitutes
(Party (s) Name)

__Suzy Ezzat__ , State Bar No. __6046304__ as counsel of record in
(Name of New Attorney)

place of __Spencer Alvin Richards III, Asher Kest, Sarah Mari Igarashi, and Furman Kornfeld & Brennan LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    GORDON REES SCULLY MANSUKHANI, LLP

Address:    1 BATTERY PARK PLZ, FL 28, NEW YORK, NY 10004

Telephone:    (212) 269-5500    Facsimile _____

E-Mail (Optional):    sezzat@grsm.com

I consent to the above substitution.

Date: _____

(Signature of Party (s))

I consent to being substituted.

Date: __10/22/2025__

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __10/20/2025__

/s/ Suzy Ezzat

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**