UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER,
INC., et al.,

                     Plaintiffs,                         1:24-cv-04201 (LDH) (TAM)

       v.                                   **NOTICE OF APPEARANCE**

NIAYZOV et al.,

                     Defendants.
-------------------------------------------------------------X

     **PLEASE TAKE NOTICE,** that the undersigned attorney, of the law offices of Gordon

Rees Scully Mansukhani, LLP, hereby enters an appearance on behalf of Defendant Xian Jin

Zhang, in the above-captioned matter, and requests that copies of all briefs, motions, orders,

correspondence and other papers be served upon:

                            Suzy Ezzat, Esq.
                            Gordon Rees Scully Mansukhani, LLP
                            1 Battery Park Plaza, 28th Floor
                            New York, New York 10004
                            Phone: (212) 269-5500
                            sezzat@grsm.com

DATED:     New York, New York
             October 29, 2025

                            Respectfully submitted,

                            **GORDON REES SCULLY MANSUKHANI, LLP**

                            By: */s/ Suzy Ezzat*

                            Suzy Ezzat, Esq.
                            *Attorney for Defendant Xian Jin Zhang*
                            Gordon Rees Scully Mansukahni, LLP
                            1 Battery Park Plaza, 28th Floor
                            New York, New York 10004

TO: All Attorneys of Record (*via* ECF)

Case 1:24-cv-04201-LDH-TAM     Document 120     Filed 10/29/25     Page 2 of 2 PageID #: 2193