UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER,
INC., et al.,

                               Plaintiffs,                      1:24-cv-04201 (LDH) (TAM)

         v.                                  **NOTICE OF APPEARANCE**

NIAYZOV et al.,

                               Defendants.
------------------------------------------------------------------X

     **PLEASE TAKE NOTICE,** that the undersigned attorney, of the law offices of Gordon Rees Scully Mansukhani, LLP, hereby enters an appearance on behalf of Defendant Xian Jin Zhang, in the above-captioned matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be served upon:

                              Lindsey Blackwell, Esq.
                              Gordon Rees Scully Mansukhani, LLP
                              1 Battery Park Plaza, 28th Floor
                              New York, New York 10004
                              Phone: (212) 269-5500
                              lblackwell@grsm.com

DATED:     New York, New York
              October 29, 2025

                              Respectfully submitted,

                              **GORDON REES SCULLY MANSUKHANI, LLP**

                              By: */s/ Lindsey Blackwell*

                              Lindsey Blackwell, Esq.
                              *Attorney for Defendant Xian Jin Zhang*
                              Gordon Rees Scully Mansukahni, LLP
                              1 Battery Park Plaza, 28th Floor
                              New York, New York 10004

TO: All Attorneys of Record (*via* ECF)