UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

FAIR HOUSING JUSTICE CENTER, INC., PATRICIA DELONE-FELIX, STANLEY FELIX, BIANCA JONES, and ROSLYN SEALE;

Case No.: 1:24-cv-04201 (LDH) (TAM)

Plaintiffs,

**ORDER**

-against-

JUDA NIAYZOV, ALEVTINA IOFFE, EXCLUSIVE PROPERTIES REALTY, INC., NDERIM DEMIROVIC, 202 MARINE LLC, XUEQIANG ZHENG, YU LI WENG, XIAN JIN ZHANG, and REMAX EDGE REALTY, LLC,

Defendants.

-------------------------------------------------------------------------X

Upon submission of written application to this Court, it is hereby:

ORDERED that the following attorney(s) and individual(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) listed below into the courtroom for use in a proceeding in this action.

1. Suzy Ezzat, Esq.: one personal computing device (laptop, iPad, or similar tablet device) and one cellphone device; and
2. Jessica Pieri: one personal computing device (laptop, iPad, or similar tablet device) and one cellphone device.

The date for which such authorization is provided is November 19, 2025. This Order is limited to the date of the scheduled proceeding and is subject to all security procedures and rules.

Dated:        November  18      , 2025

**SO ORDERED**

_Taryn A. Merkl_
HON. TARYN A. MERKL, U.S.M.J.