UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY
FELIX; BIANCA JONES; and ROSLYN
SEALE,

                            Plaintiffs,

        v.

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN
JIN ZHANG; and REMAX EDGE REALTY,
LLC,

                            Defendants.
------------------------------------------------------------X

No. 24 Civ. 4201 (LDH)(TAM)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Alexander Goldenberg of Wang Hecker LLP, with offices

located at 111 Broadway, Suite 1406, New York, NY 10006, hereby appears on behalf of

Plaintiffs in the above-captioned matter.

      I hereby certify that I am admitted to practice before this Court.

Dated:  November 20, 2025
         New York, New York

                            Respectfully submitted,

                            By:    /s/ Alexander Goldenberg
                                  Alexander Goldenberg
                                  WANG HECKER LLP
                                  111 Broadway, Suite 1406
                                  New York, New York 10006
                                  Telephone:    (212) 620-2600
                                  Facsimile:     (212) 620-2610
                                  Email:         agoldenberg@wanghecker.com

                                  *Attorneys for Plaintiffs*