UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY
FELIX; BIANCA JONES; and ROSLYN
SEALE,

                            Plaintiffs,

        v.

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN
JIN ZHANG; and REMAX EDGE REALTY,
LLC,

                            Defendants.
-----------------------------------------------------------X

No. 24 Civ. 4201 (LDH)(TAM)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Lily Sawyer-Kaplan of Wang Hecker LLP, with offices

located at 111 Broadway, Suite 1406, New York, NY 10006, hereby appears on behalf of

Plaintiffs in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: November 21, 2025
      New York, New York

Respectfully submitted,

By:    /s/ Lily Sawyer-Kaplan
             Lily Sawyer-Kaplan
             WANG HECKER LLP
             111 Broadway, Suite 1406
             New York, New York 10006
             Telephone:    (212) 620-2600
             Facsimile:    (212) 620-2610
             Email:        lsawyerkaplan@wanghecker.com

             *Attorneys for Plaintiffs*