# Wang Hecker llp

111 Broadway, Suite 1406
New York, NY 10007

Eric Hecker
212.620.2600
ehecker@wanghecker.com

December 2, 2025

Hon. Taryn A. Merkl
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Fair Housing Justice Center, Inc. et al. v. Juda Niayzov et al.*,
            24-cv-04201

Dear Judge Merkl:

We represent the Plaintiffs. We write pursuant to the Court's November 20, 2025 Order to suggest a format and possible dates for a second Settlement Conference.

With respect to the format, the parties are not yet fully in agreement. The parties do agree that given the logistical challenges presented by requiring so many people to appear in person, the next Settlement Conference should be by Zoom for counsel, with clients availably by telephone. However, a potential disagreement remains regarding whether the insurance carrier adjusters will be available to participate by Zoom or only by telephone. Plaintiffs have emphasized their perspective that it is crucial that both adjusters be at least available to join the Zoom, from time to time, as may prove necessary. Counsel for Remax and Zhang have not ruled that out, nor have they agreed, and they have indicated that they cannot provide a definitive position today. That issue therefore remains open.

With respect to dates, all parties have confirmed their availability for the following dates: January 20 and 21 and February 9 and 11. (Please note that although Defendants Niayzov and Ioffe have confirmed those dates, their counsel, Mr. Kataev, has not. I assume that Mr. Kataev will make himself available on whatever date the Court sets.)

Finally, the parties hope to continue to negotiate between now and the second Settlement Conference. Plaintiffs conveyed a revised demand on November 21, 2025 and requested that by today, Defendants convey a revised offer and provide feedback on the non-monetary aspects of Plaintiff's proposed settlement agreement. Defendants have not yet conveyed a revised offer or any proposed revisions to the settlement agreement, but they have indicated that they intend to do so soon.

We appreciate the Court's ongoing assistance attempting to resolve this dispute.

Respectfully submitted,

Eric Hecker

cc:    All Counsel of Record