

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100 Fax: 212-867-4118
www.fkblaw.com

February 17, 2026

**VIA ECF Filing**
Hon. Taryn A. Merkl, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:        *Fair Housing Justice Center, Inc. et al. v. Juda Niayzov et al.*
                Civil Case No.:      1:24-cv-04201
                FKB File No.:      302.175

Dear Judge Merkl:

      Our firm represents defendants Womcore LLC d/b/a Remax Edge ("Remax") in the above-referenced matter. We write pursuant to Your Honor's order of February 9, 2026, which directed the parties to advise the Court regarding whether the parties are prepared to participate in a fourth settlement conference, and concomitant dates in March.

      We write to advise that while Remax is prepared to continue negotiations in a fourth settlement conference, Remax believes that further information is necessary. Remax therefore proposes that the parties take the deposition of defendant Juda Niyazov ("Niyazov"), and schedule the settlement conference at a time convenient for the Court after the deposition is concluded.

      When asked for an extension of time to file a joint report to work out the details, Plaintiffs' counsel refused to consent. When the undersigned provided a letter stating Remax's position, with a section for all parties to state their respective position, Plaintiff refused to provide one. Instead, Plaintiff filed their own letter without the input of any of the other parties, which does not appear to meet the definition of a "joint" letter.

      In any case, our understanding from canvasing with all defense counsel is that there is no date in the first two weeks in March where all defendant attorneys are available to appear. To the extent that the parties wish to proceed with a fourth settlement conference in the first two weeks in March, the undersigned are available on March 4, 5, 6, 9, 10, and 12.

                Respectfully submitted,

                FURMAN KORNFELD & BRENNAN LLP

                Spencer A. Richards
                Asher Kest

**Westchester:** 84 Business Park Drive, Suite 211, Armonk, NY 10504  |  Tel: 914-920-4000  |  Fax: 914-347-3898
**Long Island:** 666 Old Country Road, Garden City, NY 11530  |  Tel: 718-983-3501