# WANG HECKER LLP

111 BROADWAY, SUITE 1406
NEW YORK, NY 10007

ERIC HECKER
212.620.2600
EHECKER@WANGHECKER.COM

February 18, 2026

By ECF

Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Fair Housing Justice Center, Inc. et al. v. Juda Niayzov et al.*,
>         24-cv-04201

Dear Judge Merkl:

I represent the Plaintiffs in this case.  I write to follow up on the letters that Mr. Kest and I submitted yesterday.

All parties are available to continue settlement discussions on Thursday, March 12, 2026, beginning at or after 11:00 a.m.  We hope that date still works for the Court.

Respectfully submitted,

Eric Hecker

cc:     All Counsel of Record