# Wang Hecker llp

111 Broadway, Suite 1406
New York, NY 10007

Eric Hecker
212.620.2600
ehecker@wanghecker.com

May 4, 2026

<u>By ECF</u>

Hon. LaShann DeArcy Hall
Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Fair Housing Justice Center, Inc. et al. v. Juda Niayzov et al.*,
           24-cv-04201

Dear Judge DeArcy Hall and Judge Merkl:

I represent the Plaintiffs.  I write to update the Court on the status of this case.

There are two draft agreements.  One is between the Plaintiffs and Defendants Niayzov, Ioffe, and their company (the "Niayzov Defendants").  The other is with all of the other Defendants (the "Non-Niayzov Defendants").

Since the last conference before Judge DeArcy Hall, I have repeatedly reminded opposing counsel – well more than a dozen times each – of the importance of respecting and meeting the Court's May 1, 2026 deadline for submitting executed settlement agreements.  Unfortunately, neither agreement has been fully executed.

With respect to Non-Niayzov Defendants, a final agreement was approved by all counsel, and all of the Plaintiffs and all of the Non-Niayzov Defendants except one signed last week.  We are still waiting for one Defendant to sign.

With respect to the Niayzov Defendants, we are in worse shape.  On April 20, 2026, after each side had gone back and forth with settlement agreement drafts, I sent their counsel, Emanuel Kataev a final version that I indicated was best and final.  During the next week, I followed up with Mr. Kataev numerous times, but he ignored me.  On April 27, 2026, Mr. Kataev finally responded, sending a new draft containing substantial proposed revisions that were unacceptable.  I reminded him that the April 20 draft was best and final, and I confirmed to him later that same day that Plaintiffs had specifically rejected each of his proposed changes.  I also reminded him once again and repeatedly since April 27 – including many emails, texts, and voicemails – that the Court had set a May 1 submission deadline.  Until

today, Mr. Kataev completely ghosted me, ignoring all of my many communications since April 27.  He finally responded today, indicating that he had not spoken with his clients and needs more time.  I responded by reminding him that he caused us to miss the Court-ordered deadline and that we now need to appear at a conference on Friday.  Mr. Kataev responded that he will not be appearing on Friday because he has a conflict.  I referred to his behavior as unprofessional – it most certainly is – and he responded by indicating that he plans to file a complaint against me with the Grievance Committee.

Your Honors, I am at a loss.  I hope that the remaining Non-Niayzov Defendants will execute and file the settlement agreement very soon, and I hope that the Niayzov Defendants will either sign the agreement that is on the table very soon or come to the conference on Friday, with or without Mr. Kataev, prepared to resume discovery.

Respectfully submitted,

Eric Hecker

cc:    All Counsel of Record
       Emanuel Kataev