# SEKAS LAW GROUP, L.L.C.

### ATTORNEYS AT LAW

Nicholas G. Sekas *ᵒ*
Ryan Contaldi +
Michael T. Halkias o+
Dae-Ki Min *ᵒ⁺*
Saverio Cereste *ᵒ⁺*
Paul Faugno *ᵒ⁺ˣ*

× Certified Civil Trial Attorney of
the Superior Court of New Jersey
+ Of Counsel

530 Sylvan Avenue, Suite 201
Englewood Cliffs, NJ 07632
201.816.1333
Facsimile 201.816.1522

www.sekaslaw.com

515 Madison Avenue, 6ᵗʰ FL
New York, NY 10022
212.695.7577
Facsimile 212.753.386

345 Centre Street, Suite 1
Nutley, NJ 07110
973.667.3399
Facsimile 973.235.1575

*Members are admitted to:*
*# NJ Bar*
*＊ NY Bars*
*◆ NY & CT Bars*
*ο NJ & NY Bars*
*ᴅ NJ & PA Bars*

May 6, 2026

***By ECF***

Hon. LaShann DeArcy Hall
United State District Court, Eastern District, NY
225 Cadman Plaza East
Brooklyn, New York   11201

**Re: 202 Marine, LLC, et. al. advs. Fair Housing Justice Center**
**24-cv-04201**

Dear Judge Hall:

As Your Honor may know, we represent Defendant 202 Marine LLC in the above referenced matter.  Please be advised that there is a Status Conference before Your Honor on Friday, May 8, 2026, at 2:00 p.m. as per Mr. Hecker's correspondence of May 4, 2026.

My client, 202 Marine LLC, has fully complied the Court's directives and execution of the Settlement Agreement by May 1, 2026, and the posting of the settlement funds in my attorney's trust account.  My client requests that this Honorable Court excuse me from participating in a conference or participate by phone since the conference is aimed at addressing the Niayazov Defendants failures to execute a Settlement Agreement with Plaintiff in order to file a Stipulation of Dismissal Ordered by this Court.  My client has expended enormous time and funds defending and settling this case as a direct result of Niayazov Defendants actions and should not have to suffer additional costs and expenses by their failure to comply with your Honor's directives.

The Non-Niayazov's Defendants have fully complied with the Court's directives and their Settlement obligations and the Settlement Order with the Plaintiffs is recorded and filed with the Court. Therefore, my client request that I either be excused from the conference or be permitted to dial into the Conference as we have done in the past with a ID to avoid further legal costs.

We thank Your Honor for your time and attention to this matter, and I will be happy to discuss anything that requires further clarification.

Respectfully submitted,
Attorney for 202 Marine, LLC

*/s/Nicholas G. Sekas*
Nicholas G. Sekas, Esq.

1