UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.;
PATRICIA DELONE-FELIX; STANLEY;  FELIX;
BIANCA JONES; and ROSLYN SEALE,                    Case No.: 1:24-cv-4201 (LDH) (TAM)

                              Plaintiffs,          NOTICE OF LIMITED-SCOPE
                                                   APPEARANCE

            -against-

JUDA NIAYZOV; ALEVTINA IOFFE;
EXCLUSIVE PROPERTIES REALTY, INC.;
NDERIM DEMIROVIC; 202 MARINE LLC;
XUEQIANG ZHENG; YU LI WENG; XIAN JIN
ZHANG; and REMAX EDGE REALTY, LLC,

                              Defendants.
-------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. of Sage Legal LLC hereby enters

his limited or special appearance as counsel for Defendant Exclusive Properties Realty, Inc.

("Exclusive") based on its limited-scope representation. Pursuant to Local Civil Rule 1.4(c), your

undersigned specifies that the scope of representation is to assist in settlement discussions and

avoid a default against Exclusive.  I certify that I am admitted to practice in the United States

District Court for the Eastern District of New York.

Dated: Jamaica, New York                    Respectfully submitted,
        May 13, 2026                        **SAGE LEGAL LLC**
                                            _/s/ Emanuel Kataev, Esq._
                                            Emanuel Kataev, Esq.
                                            18211 Jamaica Avenue
                                            Jamaica, NY 11423-2327
                                            (718) 412-2421 (office)
                                            (917) 807-7819 (cellular)
                                            (718) 489-4155 (facsimile)
                                            emanuel@sagelegal.nyc

                                            *Limited or Special Attorneys for Defendant*
                                            *Exclusive Properties Realty, Inc.*

**VIA ECF**
All counsel of record