# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

May 13, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. LaShann DeArcy Hall, U.S.D.J.
225 Cadman Plaza East
Courtroom 4H North
Brooklyn, NY 11201-1804

> *Re:* **Fair Housing Justice Center, Inc.** *et al.* **v. Niayzov,** *et al.*
> **Case No.: 1:24-cv-4201 (LDH) (TAM)**

Dear Judge Hall:

This office represents Defendant Exclusive Properties Realty, Inc. ("Exclusive") in a limited-scope representation pursuant to Local Civil Rule 1.4(c). See ECF Docket Entry 133. Exclusive writes to respectfully request an adjournment of tomorrow's in-person status conference before this Court at 2:30 PM. For the reasons that follow, Exclusive's motion should be granted.

Pursuant to ¶ I(E)(2) of this Court's Individual Practices, Exclusive respectfully submits that:

(i) the original date of the conference is set forth above;

(ii) the reason for the request is because your undersigned is engaged in a court Ordered mediation at 11:30 AM in the matter of Avi & Co NY Corp. v. ChannelAdvisor Corp., Case No.: 5:23-cv-255 (TWB) (BM), which is scheduled to proceed to trial on July 1, 2026 in the United States District Court for the Eastern District of North Carolina, Elizabeth City Division, and the mediation is expected to last until 6:30 PM, requiring my full attention as lead trial counsel for the Plaintiff in that case;

(iii-iv) there has been at least one (1) prior request for an adjournment, which your undersigned believes was granted;

(v) your undersigned was unable to contact counsel for the Plaintiff (and any remaining party required to appear) because of a required in-person appearance for a settlement conference before the Hon. Lawrence R. Leonard, U.S.M.J. in the matter of Loganathan v. Ferguson Enterprises LLC, Case No.: 4:25-cv-120 (JKW) (RJK) pending before the United States District Court for the Eastern District of Virginia, Norfolk Division, which required travel the day prior and today;[1] and

(vi) the adjournment does not affect any other scheduled dates to your undersigned's knowledge.

---

[1] For this reason, your undersigned respectfully submits that the standard of excusable neglect has been met under Rule 6. See Fed. R. Civ. P. 6(b)(1)(B).

In further support of the instant request, Exclusive respectfully submits that the status of this matter was set forth in a May 4, 2026 letter motion submitted by the principals of Exclusive, individual Defendants Alevtina Ioffe ("Ioffe") and Juda Niayzov ("Niayzov") (Ioffe and Niayzov the "Individual Defendants"), who are *pro se*.  A copy of this letter is attached.

Based on the contents of this letter, Exclusive respectfully submits that the status conference in this case be adjourned *sine die* pending a further settlement conference before the Hon. Taryn A. Merkl, U.S.M.J. ("Judge Merkl").  Support for such a request may be found in Rule 1 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), which provide that the Rules must be construed by the parties and this Court to secure the just, speedy, and inexpensive resolution of every civil judicial proceeding.  See Fed. R. Civ. P. 1.

To the extent the Court exercises its discretion against adjourning the conference, whether to reschedule it or *sine die* pending a settlement conference before Judge Merkl, and wishes for all parties to nonetheless appear, I am informed that the Individual Defendants are prepared to do so, while I request in the alternative that I be permitted to appear remotely by telephonic or virtual means as I may notify and request that the mediator permit me to appear before this Court during a caucus or specially-timed lunch break.

Dated:  Jamaica, New York
      May 13, 2026                            Respectfully submitted,

**SAGE LEGAL LLC**
__*/s/ Emanuel Kataev, Esq.*__
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Limited or Special Attorneys for*
*Defendant Exclusive Properties Realty, Inc.*

**VIA ECF**
All counsel of record

2