# Wang Hecker llp

111 Broadway, Suite 1406
New York, NY 10007

Eric Hecker
212.620.2600
ehecker@wanghecker.com

June 5, 2026

By ECF

Hon. LaShann DeArcy Hall
Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Fair Housing Justice Center, Inc. et al. v. Juda Niayzov et al.*,
>         24-cv-04201

Dear Judge DeArcy Hall and Judge Merkl:

I represent the Plaintiffs. Plaintiffs have now signed final proposed settlement agreements with all Defendants. We therefore respectfully request that Judge Merkl take the June 15, 2026 settlement conference off calendar, and that Judge DeArcy Hall consider whether to exercise her discretion to so order the two pending proposed agreements (ECF 135, 136). Plaintiffs' obligation to discontinue this action with prejudice will become effective if and when the proposed settlement agreements are so ordered.

We thank the Court for its assistance during the settlement process and for its consideration of the pending proposed settlement agreements.

Respectfully submitted,

Eric Hecker

cc:    All Counsel of Record