UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.; PATRICIA DELONE-FELIX; STANLEY FELIX; BIANCA JONES; and ROSLYN SEALE,

Plaintiffs,

v.

JUDA NIAYZOV; ALEVTINA IOFFE; EXCLUSIVE PROPERTIES REALTY, INC.; NDERIM DEMIROVIC; 202 MARINE LLC; XUEQIANG ZHENG; YU LI WENG; XIAN JIN ZHANG; and REMAX EDGE REALTY, LLC,

Defendants.
---------------------------------------------------------X

No. 24 Civ. 4201 (LDH)(TAM)

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Plaintiffs respectfully request that Lily Sawyer-Kaplan be permitted to withdraw as counsel in the above-captioned matter as a result of her departure from Wang Hecker LLP. Ms. Sawyer-Kaplan's withdrawal will not delay the matter or prejudice any party, and she is not retaining or charging a lien. Wang Hecker LLP will continue to represent Plaintiffs in this matter, including attorneys Eric Hecker, Mariann Meier Wang, Alexander Goldenberg, and Heather Gregorio.

Dated: New York, New York
September 4, 2026

By: /s/ Lily Sawyer-Kaplan
Lily Sawyer-Kaplan