WANG HECKER LLP

111 BROADWAY, SUITE 1406
NEW YORK, NY 10007

ERIC HECKER
212.620.2600
EHECKER@WANGHECKER.COM

October 8, 2026

By ECF

Hon. LaShann DeArcy Hall
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Fair Housing Justice Center, Inc. et al. v. Niayzov et al.*, 24-cv-04201

Dear Judge DeArcy Hall:

We represent the Plaintiffs in the above-referenced case. We write to follow up regarding the two proposed Settlement Agreements that the parties have jointly asked the Court to so order (ECF 136 6/5/26 and ECF 135 5/14/26). We know that the Court is very busy with a large docket of important matters. We simply wish to confirm that the Court is aware that these two requests remain pending.

We note that whereas the May 14, 2026 Agreement with the non-Niayzov Defendants became effective upon signing and those defendants have been complying with its terms, the June 5, 2026 Agreement with the Niayzov Defendants will not become effective until and unless the Court so orders it. Although the first monetary payment under the Niayzov agreement is not due until next June, the non-monetary obligations – including the adoption of a compliant fair housing policy, training, monitoring, etc. – will become effective when and if the Court so orders it. Plaintiffs therefore hope to resolve any outstanding issues as soon as possible.

We certainly are available if the Court would like to discuss any questions or concerns it may have about the status of this case.

Respectfully submitted,

Eric Hecker